1  BORIS FELDMAN, State Bar No. 128838
   boris.feldman@freshfields.com
2  DORU GAVRIL, State Bar No. 282309
   doru.gavril@freshfields.com
3  DREW LIMING, State Bar No. 305156
   drew.liming@freshfields.com
4  ELISE LOPEZ, State Bar No. 324199
   elise.lopez@freshfields.com
5  FRESHFIELDS BRUCKHAUS DERINGER US LLP
   2710 Sand Hill Road
6  Menlo Park, CA 94025
   Telephone: (650) 618-9250
7

8  *Attorneys for Defendants ACM Research, Inc., David Hui Wang, Lisa Feng, and Mark A. McKechnie*

9

10

11               UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15 | JEFFREY KAIN, Individually and on Behalf of All Others Similarly Situated, | Case No.: 3:20-cv-09241-VC |
   |---|---|
16 | | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE TO COMPLAINT** |
17 | Plaintiff, | |
   | v. | |
18 | | |
19 | ACM RESEARCH, INC., DAVID HUI WANG, LISA FENG, and MARK A. MCKECHNIE, | |
20 | | |
21 | Defendants. | |

1  WHEREAS, Plaintiff Jeffrey Kain ("Kain") filed a complaint on December 21, 2020 (the "Complaint"), asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5 on behalf of a putative class;

WHEREAS, the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.*, requires the Court to appoint a Lead Plaintiff;

WHEREAS, the parties have agreed to a schedule that extends Defendants' time to respond to the Complaint until after a Lead Plaintiff has been appointed and an amended complaint has been filed;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, and respectfully submitted for the Court's approval, as follows:

1. Defendants are not required to answer or otherwise respond to the current Complaint;

2. Within 14 days of the appointment of a Lead Plaintiff, the parties will confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response thereto;

3. The present stipulation is entered into without prejudice to or waiver of any rights, arguments, defenses, or other objections of the parties.

Respectfully submitted,

Dated: February 17, 2021            FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: /s/ *Boris Feldman*
    Boris Feldman

*Attorneys for Defendants ACM Research, Inc., David Hui Wang, Lisa Feng, and Mark A. McKechnie*

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE TO COMPLAINT
CASE NO. 3:20-CV-09241-VC                - 1 -

| | | |
|---|---|---|
| 1 | Dated: February 17, 2021 | POMERANTZ LLP |
| 2 | | |
| 3 | | By: /s/ *Patrick V. Dahlstrom* |
| | | Patrick V. Dahlstrom |
| 4 | | |
| 5 | | Patrick V. Dahlstrom |
| | | (*pro hac vice* application forthcoming) |
| 6 | | 10 South La Salle Street, Suite 3505 |
| | | Chicago, Illinois 60603 |
| 7 | | Telephone: (312) 377-1181 |
| | | Facsimile: (312) 377-1184 |
| 8 | | pdahlstrom@pomlaw.com |
| 9 | | |
| | | Jennifer Pafiti |
| 10 | | 1100 Glendon Avenue, 15th Floor |
| | | Los Angeles, CA 90024 |
| 11 | | Telephone: (310) 405-7190 |
| | | jpafiti@pomlaw.com |
| 12 | | |
| 13 | | Jeremy A. Lieberman |
| | | (*pro hac vice* application forthcoming) |
| 14 | | J. Alexander Hood II |
| | | (*pro hac vice* application forthcoming) |
| 15 | | 600 Third Avenue New York, |
| | | New York 10016 |
| 16 | | Telephone: (212) 661-1100 |
| | | Facsimile: (212) 661-8665 |
| 17 | | jalieberman@pomlaw.com |
| 18 | | ahood@pomlaw.com |
| 19 | | *Attorneys for Plaintiff* |
| 20 | | |
| | | BRONSTEIN, GEWIRTZ & GROSSMAN, LLC |
| 21 | | Peretz Bronstein |
| | | (*pro hac vice* application forthcoming) |
| 22 | | 60 East 42nd Street, Suite 4600 |
| | | New York, NY 10165 |
| 23 | | Telephone: (212) 697-6484 |
| | | peretz@bgandg.com |
| 24 | | |
| 25 | | *Additional Counsel for Plaintiff* |
| 26 | | |
| 27 | | |
| 28 | | |

JOINT STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER REGARDING RESPONSE TO COMPLAINT
CASE NO. 3:20-CV-09241-VC                  - 2 -

**CERTIFICATION**

I, Boris Feldman, am the ECF User whose identification and password are being used to file this **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE TO COMPLAINT**.  In compliance with Civil Local Rule 5-1(i), I hereby attest that Patrick V. Dahlstrom has concurred in this filing.

Dated: February 17, 2021               FRESHFIELDS BRUCKHAUS DERINGER US LLP

By:  /s/ *Boris Feldman*
       Boris Feldman

*Attorneys for Defendants ACM Research, Inc., David Hui Wang, Lisa Feng, and Mark A. McKechnie*

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation, IT IS SO ORDERED.

Dated: February 18, 2021

_____
The Hon. Vince Chhabria
United States District Judge

APPROVED
Judge Vince Chhabria