UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KAIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACM RESEARCH, INC., et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-09241-VC<br><br>**ORDER RE STIPULATION APPOINTING CO-LEAD PLAINTIFFS**<br><br>Re: Dkt. Nos. 26, 27 |

　　　　In light of the defendants' brief, the Court is tentatively inclined to deny the request to appoint both plaintiffs as co-lead. Accordingly, each plaintiff should file a reply in support of their motion to be appointed lead plaintiff. The plaintiffs are free to argue in their replies that the Court should appoint them as co-lead, but they must also take a position on who should be lead, and why, in the event the Court sticks with its tentative view. The replies are due by Thursday, March 25 and a hearing will take place on Thursday, April 15, at 2 p.m. via zoom.

　　　　**IT IS SO ORDERED.**

Dated: March 11, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge