UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>        v.<br><br>ACM RESEARCH, INC., DAVID HUI WANG, LISA FENG, and MARK A. MCKECHNIE,<br><br>                         Defendants. | Case No: 3:20-cv-09241-VC<br><br>**CLASS ACTION**<br><br><br>**[PROPOSED] ORDER ON LEAD PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND FOR ADJUSTMENT OF RELATED BRIEFING SCHEDULE**<br><br>AS AMENDED |

Having considered the Motion for an Extension of Time to File Amended Complaint and for Adjustment of Related Briefing Schedule filed pursuant to Local Rule 7-11 by Lead Plaintiff Jeffrey Kain in the above captioned action and the arguments of counsel,

IT IS HEREBY ORDERED:

1. Lead Plaintiff shall file his Amended Complaint on or before ~~May 13, 2021~~ May 6, 2021;

2. Defendants shall file any Motion to Dismiss on or before ~~June 10, 2021~~ May 27, 2021;

3. Lead Plaintiff shall file his opposition to the Motion to Dismiss on or before ~~July 1, 2021~~ June 10, 2021;

4. Defendants shall file their reply in support of the Motion to Dismiss on or before ~~July 15, 2021~~ June 24, 2021; and

5. A hearing on the Motion to Dismiss is set for ~~July 22, 2021~~ July 8, 2021, at 2:00 p.m.

Dated:  April 29, 2021



The Hon. Vince Chhabria
United States

IT IS SO ORDERED
AS MODIFIED

Judge Vince Chhabria