BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
DREW LIMING, State Bar No. 305156
drew.liming@freshfields.com
M. ABIGAIL WEST, State Bar No. 324456
abigail.west@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
2710 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 618-9250

*Attorneys for Defendants ACM Research, Inc.,
David Hui Wang, Lisa Feng, and Mark A. McKechnie*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY KAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACM RESEARCH, INC., DAVID HUI WANG, LISA FENG, and MARK A. MCKECHNIE,<br><br>Defendants. | Case No.: 3:20-CV-09241-VC<br><br>**DECLARATION OF DREW LIMING IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:       July 8, 2021<br>Time:      2:00 p.m.<br>Location:  Courtroom 4 - 17th Floor<br>Judge:     Hon. Vince Chhabria |

LIMING DECL ISO MTD
CASE NO. 3:20-CV-09241-VC

I, Drew Liming, declare as follows:

1. I am duly admitted to practice in the State of California and an attorney with the law firm of Freshfields Bruckhaus Deringer US LLP. I am counsel of record for Defendants ACM Research, Inc. ("ACMR" or the "Company"), David Hui Wang, Lisa Feng, and Mark A. McKechnie in the above-captioned matter. I have personal knowledge of the matters stated herein. If called as a witness I could and would competently testify to the matters stated herein. This declaration is submitted in support of Defendants' Notice of Motion and Motion to Dismiss.

2. Attached hereto as Exhibit A is a true and correct copy of ACMR's Form 10-K for the fiscal year ended December 31, 2020, which was publicly filed with the U.S. Securities and Exchange Commission ("SEC") on March 1, 2021.

3. Attached hereto as Exhibit B is a true and correct copy of ACMR's stock price history for the period of January 2, 2020 through March 31, 2021, as reported by NASDAQ.

4. Attached hereto as Exhibit C is a true and correct copy of J Capital Research USA LLC's Report titled "ACM Research – Dirty business," dated October 8, 2020.

5. Attached hereto as Exhibit D is a true and correct copy of Nomura International (Hong Kong) Ltd. Global Markets Analyst Research Report titled "ACM Research – Perceived inaccuracies in JCAP's report," dated October 15, 2020.

6. Attached hereto as Exhibit E is a true and correct copy of Stifel, Nicolaus & Company, Incorporated Analyst Report titled "ACM Research, Inc. – One is Entitled to an 'Opinion' but the Truth is Based on Facts; Do Not be Misled by Disinformation," dated October 8, 2020.

7. Attached hereto as Exhibit F is a true and correct copy of ACMR's Form 8-K, which was publicly filed with the SEC on November 5, 2020.

8. Attached hereto as Exhibit G is a true and correct copy of J Capital Research USA LLC's Report titled "ACM Research – Curiouser and Curiouser," dated November 17, 2020.

9. Attached hereto as Exhibit H is a true and correct copy of ACMR's Form 8-K, including the exhibits thereto, which was publicly filed with the SEC on June 1, 2020.

10. Attached hereto as Exhibit I is a true and correct copy of ACMR's Form 10-Q for the quarterly period ended June 30, 2020, which was publicly filed with the SEC on August 10, 2020.

11.    Attached hereto as Exhibit J is a true and correct copy of ACMR's Form 10-Q for the quarterly period ended September 30, 2020, which was publicly filed with the SEC on November 9, 2020.

12.    Attached hereto as Exhibit K is a true and correct copy of ACMR's Form 10-K for the fiscal year ended December 31, 2019, which was publicly filed with the SEC on March 24, 2020.

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed in the State of California on May 27, 2021.


                                        /s/ Drew Liming
                                        Drew Liming