# EXHIBIT B

ACM Research, Inc. (ACMR)
Historical Daily Prices from Nasdaq.com
for the Time Period of  January 2, 2020 - March 31, 2021

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 3/31/2021 | $80.79 | 287404 | $81.36 | $83.57 | $80.40 |
| 3/30/2021 | $79.11 | 189572 | $78.67 | $79.79 | $76.35 |
| 3/29/2021 | $78.31 | 491241 | $78.65 | $82 | $75 |
| 3/26/2021 | $83.36 | 230639 | $84.14 | $86.01 | $79.20 |
| 3/25/2021 | $84 | 348494 | $82.01 | $84.34 | $78.14 |
| 3/24/2021 | $83.70 | 325509 | $91.57 | $93.90 | $83 |
| 3/23/2021 | $90.50 | 284112 | $92.77 | $95.48 | $89.50 |
| 3/22/2021 | $93.49 | 199069 | $92.96 | $95.98 | $91.26 |
| 3/19/2021 | $90.73 | 391629 | $94.74 | $94.74 | $86.46 |
| 3/18/2021 | $89.54 | 350289 | $94.10 | $95 | $89.31 |
| 3/17/2021 | $95.52 | 202543 | $91.21 | $96.92 | $88.04 |
| 3/16/2021 | $93.16 | 151767 | $95.09 | $97.87 | $92.31 |
| 3/15/2021 | $94.21 | 152972 | $91.86 | $95.55 | $90.22 |
| 3/12/2021 | $91.62 | 325350 | $92.30 | $92.68 | $86 |
| 3/11/2021 | $97.05 | 443330 | $94.31 | $99.77 | $94.06 |
| 3/10/2021 | $87.29 | 309542 | $92.73 | $95.09 | $86.15 |
| 3/9/2021 | $90.34 | 336598 | $86.86 | $93.25 | $86.80 |
| 3/8/2021 | $81.22 | 447657 | $85.61 | $89.88 | $80.23 |
| 3/5/2021 | $88.10 | 357663 | $89.17 | $91.50 | $80.10 |
| 3/4/2021 | $86.70 | 531231 | $91.66 | $92.67 | $82.50 |
| 3/3/2021 | $92.63 | 313158 | $94.79 | $96.32 | $91.19 |
| 3/2/2021 | $94.82 | 748577 | $102.74 | $103.50 | $94.12 |
| 3/1/2021 | $107.69 | 406834 | $104.71 | $108.58 | $100.80 |
| 2/26/2021 | $97.16 | 420175 | $112.71 | $114.71 | $96.93 |
| 2/25/2021 | $109.25 | 401960 | $125.20 | $125.27 | $107.12 |
| 2/24/2021 | $128.21 | 451221 | $112.49 | $129.35 | $107.42 |
| 2/23/2021 | $107.52 | 370882 | $108.06 | $112.75 | $100.13 |
| 2/22/2021 | $111.98 | 283005 | $120.23 | $122.28 | $111.19 |
| 2/19/2021 | $123.56 | 244587 | $124.97 | $129.28 | $121.31 |
| 2/18/2021 | $119.03 | 501066 | $131.65 | $131.79 | $118.18 |
| 2/17/2021 | $136.47 | 321959 | $135.94 | $138.88 | $128.93 |
| 2/16/2021 | $139.98 | 383340 | $140 | $144.81 | $137 |
| 2/12/2021 | $135.23 | 935019 | $119.23 | $140.30 | $118.30 |
| 2/11/2021 | $119.44 | 424263 | $111.80 | $119.83 | $111.59 |
| 2/10/2021 | $109.21 | 329246 | $108.47 | $111.94 | $104.53 |
| 2/9/2021 | $108.20 | 397491 | $105.34 | $110 | $103.01 |
| 2/8/2021 | $106.25 | 454629 | $98.73 | $107.38 | $98.73 |
| 2/5/2021 | $98.23 | 219978 | $98.90 | $100.80 | $96.37 |
| 2/4/2021 | $99.02 | 203221 | $99.29 | $101.82 | $97.10 |
| 2/3/2021 | $98.70 | 117231 | $99.60 | $100.69 | $95.84 |
| 2/2/2021 | $98.82 | 265669 | $97.42 | $99.76 | $95.97 |
| 2/1/2021 | $95.80 | 263343 | $91.75 | $96.72 | $91.75 |
| 1/29/2021 | $90 | 211910 | $91.65 | $91.65 | $86.57 |

1

ACM Research, Inc. (ACMR)
Historical Daily Prices from Nasdaq.com
for the Time Period of January 2, 2020 - March 31, 2021

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 1/28/2021 | $91.73 | 165322 | $91 | $93.01 | $87.59 |
| 1/27/2021 | $91.21 | 319561 | $90.62 | $96.23 | $86.98 |
| 1/26/2021 | $94.05 | 212294 | $100.74 | $100.74 | $92.66 |
| 1/25/2021 | $100.46 | 239219 | $102.75 | $105.91 | $99.52 |
| 1/22/2021 | $97.60 | 144771 | $99.11 | $102.89 | $97.34 |
| 1/21/2021 | $99.26 | 355988 | $105 | $105.51 | $93.64 |
| 1/20/2021 | $104.51 | 277626 | $105.25 | $107.29 | $101.52 |
| 1/19/2021 | $104.72 | 774222 | $96.93 | $105 | $96.86 |
| 1/15/2021 | $94.60 | 354050 | $101.23 | $101.23 | $94.09 |
| 1/14/2021 | $101.72 | 257029 | $97 | $102.82 | $96.99 |
| 1/13/2021 | $96.87 | 162670 | $100.26 | $101.13 | $94.28 |
| 1/12/2021 | $99.99 | 193155 | $102 | $102.43 | $98.47 |
| 1/11/2021 | $102.83 | 200001 | $102.05 | $104.26 | $100.96 |
| 1/8/2021 | $103.76 | 489521 | $102.07 | $104.10 | $100.01 |
| 1/7/2021 | $100.25 | 710098 | $100.52 | $101 | $95.81 |
| 1/6/2021 | $100.22 | 853939 | $92.35 | $100.69 | $88.46 |
| 1/5/2021 | $89.98 | 317001 | $89.74 | $94.13 | $86.93 |
| 1/4/2021 | $89.53 | 593809 | $81.65 | $93.45 | $81.59 |
| 12/31/2020 | $81.25 | 286888 | $82.50 | $83.75 | $77.83 |
| 12/30/2020 | $80.80 | 958089 | $69.45 | $83.78 | $68.91 |
| 12/29/2020 | $67.17 | 177756 | $68.65 | $69.99 | $66.73 |
| 12/28/2020 | $68.53 | 253515 | $70.99 | $70.99 | $66.46 |
| 12/24/2020 | $69.67 | 120983 | $70.30 | $70.39 | $67.50 |
| 12/23/2020 | $69.93 | 455528 | $73.90 | $74.17 | $67.28 |
| 12/22/2020 | $73.08 | 129817 | $75 | $77.20 | $72.81 |
| 12/21/2020 | $74.99 | 280994 | $74.44 | $75.50 | $72.50 |
| 12/18/2020 | $74.47 | 413152 | $74.12 | $76.13 | $73.94 |
| 12/17/2020 | $74.37 | 128806 | $73.10 | $75.18 | $72.51 |
| 12/16/2020 | $74.50 | 127994 | $75.47 | $75.86 | $71.70 |
| 12/15/2020 | $75.13 | 211530 | $75.45 | $76.48 | $73.72 |
| 12/14/2020 | $73.76 | 175573 | $71.90 | $75.09 | $71.90 |
| 12/11/2020 | $71.98 | 148547 | $73.32 | $74.51 | $70.82 |
| 12/10/2020 | $73.20 | 219253 | $73.54 | $75.54 | $72.26 |
| 12/9/2020 | $73.73 | 229447 | $81 | $81.08 | $73.50 |
| 12/8/2020 | $81.37 | 210407 | $83.41 | $84 | $80.75 |
| 12/7/2020 | $84.13 | 268567 | $79 | $84.42 | $78.29 |
| 12/4/2020 | $77.73 | 322381 | $81.35 | $82.16 | $75.03 |
| 12/3/2020 | $81.10 | 194406 | $82.65 | $83.35 | $80.76 |
| 12/2/2020 | $81.54 | 157378 | $83.17 | $83.17 | $80.22 |
| 12/1/2020 | $83.87 | 194935 | $82.60 | $84.85 | $80.06 |
| 11/30/2020 | $82.62 | 232914 | $82.89 | $85.46 | $78.90 |
| 11/27/2020 | $83.72 | 279132 | $78.50 | $84.61 | $77.42 |
| 11/25/2020 | $77.05 | 251613 | $74 | $77.59 | $71.33 |

ACM Research, Inc. (ACMR)
Historical Daily Prices from Nasdaq.com
for the Time Period of January 2, 2020 - March 31, 2021

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 11/24/2020 | $73.76 | 123108 | $75.31 | $75.52 | $73.28 |
| 11/23/2020 | $74.61 | 113413 | $75.60 | $76.24 | $73.09 |
| 11/20/2020 | $75.23 | 187598 | $76.36 | $79.65 | $74.91 |
| 11/19/2020 | $75.95 | 231962 | $74.86 | $77.91 | $72.52 |
| 11/18/2020 | $74.76 | 302271 | $77.62 | $78.11 | $72.87 |
| 11/17/2020 | $77.79 | 347817 | $81.90 | $82.37 | $73.55 |
| 11/16/2020 | $81.82 | 201893 | $84.42 | $85.35 | $81.09 |
| 11/13/2020 | $84.40 | 217513 | $88.58 | $88.72 | $84.02 |
| 11/12/2020 | $86.70 | 186157 | $90 | $90.99 | $85.50 |
| 11/11/2020 | $90.48 | 194919 | $85.22 | $91.08 | $85.14 |
| 11/10/2020 | $83.51 | 285207 | $90.79 | $91.79 | $83.23 |
| 11/9/2020 | $91.70 | 357189 | $95.37 | $97.97 | $91.33 |
| 11/6/2020 | $91.36 | 384024 | $89.19 | $92.33 | $85.10 |
| 11/5/2020 | $94 | 545740 | $93.11 | $96.49 | $90.54 |
| 11/4/2020 | $91 | 559870 | $80.58 | $92 | $80.45 |
| 11/3/2020 | $79.96 | 328453 | $76.76 | $80.44 | $74.40 |
| 11/2/2020 | $75.12 | 203793 | $71.30 | $75.28 | $71 |
| 10/30/2020 | $70.37 | 348959 | $74.42 | $75.30 | $69.41 |
| 10/29/2020 | $75.49 | 218000 | $73.04 | $75.89 | $71.19 |
| 10/28/2020 | $72.82 | 321270 | $67.90 | $73.98 | $67.26 |
| 10/27/2020 | $69.29 | 200542 | $70.53 | $70.53 | $67.05 |
| 10/26/2020 | $68.61 | 139717 | $67.01 | $69.90 | $66.80 |
| 10/23/2020 | $67.97 | 126330 | $67.42 | $68.50 | $66.54 |
| 10/22/2020 | $66.94 | 339238 | $69.71 | $69.90 | $65.51 |
| 10/21/2020 | $69.79 | 138833 | $73.52 | $73.97 | $69.34 |
| 10/20/2020 | $73.32 | 149881 | $72.27 | $74.91 | $72.27 |
| 10/19/2020 | $72.13 | 208233 | $75.31 | $76.81 | $71.88 |
| 10/16/2020 | $75.60 | 176730 | $76.49 | $76.49 | $73 |
| 10/15/2020 | $75.44 | 258277 | $72.88 | $76.24 | $71.64 |
| 10/14/2020 | $74.13 | 371705 | $75.45 | $77 | $72.30 |
| 10/13/2020 | $77.98 | 238906 | $77.69 | $79.57 | $74.81 |
| 10/12/2020 | $77.79 | 630728 | $76.50 | $82.67 | $76.47 |
| 10/9/2020 | $75.45 | 345930 | $71.49 | $75.93 | $71.01 |
| 10/8/2020 | $70.79 | 548577 | $67.51 | $71.02 | $66.23 |
| 10/7/2020 | $71.88 | 354013 | $71.71 | $75.18 | $71.09 |
| 10/6/2020 | $70.22 | 465771 | $76 | $76.50 | $70.16 |
| 10/5/2020 | $75.92 | 325366 | $73.93 | $77.15 | $73.77 |
| 10/2/2020 | $73 | 296346 | $71.51 | $74.31 | $70.69 |
| 10/1/2020 | $75.38 | 372778 | $70.53 | $76.69 | $70 |
| 9/30/2020 | $69.10 | 234078 | $71.82 | $72.95 | $68.80 |
| 9/29/2020 | $69.94 | 183180 | $67.08 | $70.06 | $67.08 |
| 9/28/2020 | $68.32 | 266056 | $68.81 | $69.97 | $66.83 |
| 9/25/2020 | $69.86 | 168501 | $68.99 | $70.07 | $67.50 |

3

ACM Research, Inc. (ACMR)
Historical Daily Prices from Nasdaq.com
for the Time Period of  January 2, 2020 - March 31, 2021

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 9/24/2020 | $68.99 | 262342 | $66.85 | $70.11 | $65.72 |
| 9/23/2020 | $67.85 | 291668 | $69.78 | $70.75 | $67.58 |
| 9/22/2020 | $69.88 | 209211 | $72.68 | $72.68 | $67.82 |
| 9/21/2020 | $72.18 | 287003 | $70.49 | $72.75 | $69.37 |
| 9/18/2020 | $72.84 | 375580 | $72.46 | $73.49 | $70.56 |
| 9/17/2020 | $70.35 | 454642 | $68.09 | $71.39 | $66.67 |
| 9/16/2020 | $71.12 | 235949 | $71.93 | $73.77 | $70.81 |
| 9/15/2020 | $71.37 | 273548 | $72.03 | $73.89 | $70.76 |
| 9/14/2020 | $70.76 | 511605 | $67.60 | $72.74 | $65.56 |
| 9/11/2020 | $66.36 | 994530 | $64.32 | $70.10 | $64.08 |
| 9/10/2020 | $60.66 | 556543 | $61.05 | $62.93 | $59.30 |
| 9/9/2020 | $60.08 | 907795 | $60.01 | $64.34 | $58.03 |
| 9/8/2020 | $58.97 | 1664283 | $70.00 | $70.00 | $58.43 |
| 9/4/2020 | $82.07 | 437891 | $82.01 | $83.69 | $76 |
| 9/3/2020 | $84.01 | 481011 | $93 | $93.75 | $81.80 |
| 9/2/2020 | $95.23 | 293802 | $92 | $95.88 | $89.35 |
| 9/1/2020 | $90.49 | 221916 | $89.31 | $90.66 | $87.70 |
| 8/31/2020 | $88.81 | 268639 | $92.12 | $93.28 | $87.50 |
| 8/28/2020 | $91.99 | 251381 | $90.69 | $92.40 | $90.01 |
| 8/27/2020 | $90.84 | 363654 | $96.06 | $96.07 | $90 |
| 8/26/2020 | $96.05 | 178874 | $97.91 | $98.86 | $94.83 |
| 8/25/2020 | $97.91 | 207893 | $95 | $97.96 | $94.66 |
| 8/24/2020 | $95.35 | 225442 | $98 | $98.97 | $93.85 |
| 8/21/2020 | $96.17 | 239792 | $96.43 | $96.91 | $94.99 |
| 8/20/2020 | $97.37 | 305935 | $99.40 | $99.40 | $95.43 |
| 8/19/2020 | $99.59 | 415670 | $104.07 | $104.07 | $98 |
| 8/18/2020 | $104.84 | 244803 | $106.90 | $107 | $102.50 |
| 8/17/2020 | $106.64 | 282744 | $106.43 | $107.94 | $103.38 |
| 8/14/2020 | $104.61 | 173141 | $105.26 | $106.97 | $103.12 |
| 8/13/2020 | $104.77 | 155880 | $106.10 | $107.99 | $103.04 |
| 8/12/2020 | $105.40 | 303567 | $98.87 | $105.91 | $96.50 |
| 8/11/2020 | $98.27 | 312603 | $97.58 | $101.89 | $97 |
| 8/10/2020 | $100.19 | 372507 | $103.15 | $105.77 | $96.06 |
| 8/7/2020 | $101.92 | 615846 | $109.99 | $110.56 | $99.79 |
| 8/6/2020 | $112.29 | 438044 | $104.80 | $113.87 | $103.65 |
| 8/5/2020 | $107.94 | 464463 | $109.05 | $112 | $103.19 |
| 8/4/2020 | $107.65 | 633818 | $107.27 | $110 | $105.60 |
| 8/3/2020 | $107.55 | 551646 | $98.79 | $108.57 | $98.50 |
| 7/31/2020 | $95.94 | 413368 | $93 | $96.59 | $91.76 |
| 7/30/2020 | $92.28 | 192538 | $88.93 | $92.80 | $86.56 |
| 7/29/2020 | $89.28 | 226080 | $84.82 | $89.67 | $83.70 |
| 7/28/2020 | $85.27 | 173775 | $84.21 | $87.89 | $83.74 |
| 7/27/2020 | $84.29 | 541370 | $87.30 | $91.10 | $83.26 |

4

ACM Research, Inc. (ACMR)
Historical Daily Prices from Nasdaq.com
for the Time Period of  January 2, 2020 - March 31, 2021

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 7/24/2020 | $85.02 | 441799 | $85.13 | $86.21 | $78.61 |
| 7/23/2020 | $87.74 | 420834 | $89.22 | $93.49 | $86.82 |
| 7/22/2020 | $88.92 | 270383 | $87 | $90.07 | $85.90 |
| 7/21/2020 | $87.74 | 347398 | $87.19 | $89.45 | $84.11 |
| 7/20/2020 | $86.31 | 438486 | $79.13 | $87 | $79.05 |
| 7/17/2020 | $79.01 | 399289 | $79.05 | $79.94 | $77.26 |
| 7/16/2020 | $76.61 | 809289 | $75.21 | $79.31 | $74.31 |
| 7/15/2020 | $83.89 | 1056981 | $89.17 | $89.23 | $80.38 |
| 7/14/2020 | $90.76 | 789981 | $83.60 | $91.38 | $82.75 |
| 7/13/2020 | $83.52 | 801192 | $83.13 | $89.67 | $82.11 |
| 7/10/2020 | $81.63 | 844091 | $85.96 | $86.41 | $79.82 |
| 7/9/2020 | $86.10 | 643342 | $83.09 | $87.33 | $82.31 |
| 7/8/2020 | $82 | 526240 | $80.15 | $82.64 | $77.85 |
| 7/7/2020 | $73.56 | 763784 | $79.39 | $79.69 | $72.75 |
| 7/6/2020 | $80.84 | 1473509 | $70.87 | $83.80 | $70.77 |
| 7/2/2020 | $65.89 | 812951 | $63.97 | $68.21 | $63.47 |
| 7/1/2020 | $60.65 | 412884 | $62.76 | $66.49 | $59.21 |
| 6/30/2020 | $62.36 | 440683 | $58.51 | $62.88 | $57.22 |
| 6/29/2020 | $58 | 376544 | $61.23 | $61.23 | $56.23 |
| 6/26/2020 | $60.67 | 226872 | $63.40 | $63.50 | $59.61 |
| 6/25/2020 | $63.20 | 257255 | $63.55 | $63.87 | $61.18 |
| 6/24/2020 | $63.56 | 366581 | $61.60 | $63.90 | $60.02 |
| 6/23/2020 | $61.84 | 552252 | $59.35 | $64.98 | $59.35 |
| 6/22/2020 | $57.60 | 427444 | $59.10 | $59.53 | $57.19 |
| 6/19/2020 | $60.43 | 306900 | $62.28 | $64.31 | $59.93 |
| 6/18/2020 | $61.16 | 299826 | $61.19 | $64.38 | $59.79 |
| 6/17/2020 | $61.38 | 450888 | $59.33 | $64.40 | $59.02 |
| 6/16/2020 | $59.33 | 307529 | $59.73 | $60.49 | $57.67 |
| 6/15/2020 | $58.50 | 458676 | $53.84 | $59.19 | $53.21 |
| 6/12/2020 | $56.35 | 364665 | $56.62 | $58.75 | $53.83 |
| 6/11/2020 | $55.35 | 483313 | $56 | $58.19 | $54.62 |
| 6/10/2020 | $58.36 | 429851 | $58.37 | $59.05 | $55.80 |
| 6/9/2020 | $57.46 | 379253 | $56.26 | $59.73 | $55.66 |
| 6/8/2020 | $56.82 | 865812 | $61.99 | $62.10 | $55.56 |
| 6/5/2020 | $62.44 | 457188 | $64.88 | $67.40 | $61.57 |
| 6/4/2020 | $65.10 | 244041 | $65.09 | $65.32 | $62.73 |
| 6/3/2020 | $65.08 | 428853 | $61.30 | $65.87 | $61.30 |
| 6/2/2020 | $60.91 | 484445 | $63.94 | $64.37 | $59.50 |
| 6/1/2020 | $63.90 | 595779 | $60.01 | $66.97 | $60.01 |
| 5/29/2020 | $59.79 | 454887 | $59.30 | $60 | $56.25 |
| 5/28/2020 | $58.65 | 306062 | $58.90 | $62 | $57.64 |
| 5/27/2020 | $59.16 | 618330 | $60.01 | $60.64 | $53 |
| 5/26/2020 | $59.20 | 971329 | $56.98 | $62.87 | $56.79 |

ACM Research, Inc. (ACMR)
Historical Daily Prices from Nasdaq.com
for the Time Period of  January 2, 2020 - March 31, 2021

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 5/22/2020 | $52.87 | 452174 | $55.23 | $56.67 | $50.96 |
| 5/21/2020 | $54.50 | 823658 | $57.95 | $61.38 | $53.14 |
| 5/20/2020 | $55.08 | 1359933 | $65.71 | $67.53 | $53.46 |
| 5/19/2020 | $65.69 | 695202 | $63.80 | $69.25 | $63.79 |
| 5/18/2020 | $63.61 | 572092 | $61.20 | $63.96 | $58.65 |
| 5/15/2020 | $58.71 | 583563 | $57 | $59.75 | $55.46 |
| 5/14/2020 | $60.03 | 1281940 | $48.23 | $60.38 | $48.21 |
| 5/13/2020 | $50.28 | 788702 | $56.30 | $56.81 | $47.77 |
| 5/12/2020 | $56.05 | 1145784 | $55 | $58.78 | $51.67 |
| 5/11/2020 | $53.84 | 844634 | $46.83 | $54.36 | $46.35 |
| 5/8/2020 | $46.66 | 707886 | $43.62 | $47.64 | $43.35 |
| 5/7/2020 | $44.19 | 723330 | $39.58 | $44.88 | $39.58 |
| 5/6/2020 | $39.30 | 465126 | $39.61 | $41.86 | $38.89 |
| 5/5/2020 | $37.68 | 286407 | $36.44 | $39.06 | $36.44 |
| 5/4/2020 | $35.79 | 274762 | $35.19 | $36.69 | $34.57 |
| 5/1/2020 | $35.68 | 491434 | $38.50 | $39.50 | $35.02 |
| 4/30/2020 | $39.93 | 217061 | $41.79 | $41.79 | $39.57 |
| 4/29/2020 | $41.44 | 379762 | $39.41 | $42 | $39.19 |
| 4/28/2020 | $38.26 | 330376 | $38.80 | $39.59 | $37.45 |
| 4/27/2020 | $38.02 | 616995 | $37.50 | $40.79 | $37.30 |
| 4/24/2020 | $36.50 | 332056 | $36.03 | $36.68 | $34.50 |
| 4/23/2020 | $35.83 | 288639 | $36.86 | $37.41 | $35.24 |
| 4/22/2020 | $37.09 | 298980 | $34.55 | $37.28 | $34.55 |
| 4/21/2020 | $33.33 | 343695 | $35.50 | $35.80 | $32.77 |
| 4/20/2020 | $36.03 | 211478 | $35.50 | $37.91 | $35.50 |
| 4/17/2020 | $36.07 | 318915 | $36.50 | $38.02 | $35.58 |
| 4/16/2020 | $35.73 | 327464 | $33.57 | $35.79 | $33.57 |
| 4/15/2020 | $33.48 | 272536 | $34.84 | $34.98 | $32.15 |
| 4/14/2020 | $34.59 | 476540 | $34 | $36.59 | $34 |
| 4/13/2020 | $33.28 | 306304 | $33.21 | $33.29 | $31.61 |
| 4/9/2020 | $33.08 | 376230 | $35.17 | $35.94 | $32.49 |
| 4/8/2020 | $34.88 | 539931 | $34 | $35.22 | $33.47 |
| 4/7/2020 | $33.25 | 589678 | $33 | $34.74 | $31.78 |
| 4/6/2020 | $32.55 | 709830 | $27.88 | $32.72 | $27.31 |
| 4/3/2020 | $27.20 | 240553 | $27.50 | $27.81 | $25.66 |
| 4/2/2020 | $27.52 | 258754 | $27.18 | $28.62 | $26.80 |
| 4/1/2020 | $27.34 | 361432 | $28.35 | $29.12 | $26.88 |
| 3/31/2020 | $29.61 | 522614 | $30 | $30.60 | $28.89 |
| 3/30/2020 | $29.99 | 379011 | $28.43 | $30.30 | $27.91 |
| 3/27/2020 | $28.38 | 337094 | $28.10 | $29.25 | $27.44 |
| 3/26/2020 | $29.90 | 600889 | $28.05 | $30.01 | $28.05 |
| 3/25/2020 | $27.70 | 573270 | $28.36 | $29.90 | $27.10 |
| 3/24/2020 | $28.24 | 1029847 | $28.33 | $31.46 | $27.11 |

ACM Research, Inc. (ACMR)
Historical Daily Prices from Nasdaq.com
for the Time Period of  January 2, 2020 - March 31, 2021

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 3/23/2020 | $26.22 | 975299 | $22.42 | $26.97 | $21.53 |
| 3/20/2020 | $22.07 | 900775 | $21.84 | $24.06 | $21.67 |
| 3/19/2020 | $20.50 | 1269387 | $21.95 | $21.95 | $18.57 |
| 3/18/2020 | $17.25 | 838440 | $22.14 | $22.85 | $15.95 |
| 3/17/2020 | $24.02 | 574809 | $21.44 | $24.92 | $20.46 |
| 3/16/2020 | $21.01 | 520697 | $19.15 | $21.89 | $18.97 |
| 3/13/2020 | $22.87 | 582177 | $25.42 | $26.39 | $21.53 |
| 3/12/2020 | $23.43 | 597597 | $25 | $25.46 | $22.28 |
| 3/11/2020 | $25.60 | 642597 | $27.22 | $27.22 | $24.80 |
| 3/10/2020 | $26.79 | 944701 | $28 | $29.30 | $26.11 |
| 3/9/2020 | $27.01 | 565619 | $28.26 | $29.31 | $27 |
| 3/6/2020 | $32.03 | 527351 | $34.50 | $34.60 | $30.94 |
| 3/5/2020 | $35.29 | 269223 | $34.89 | $36.22 | $34.59 |
| 3/4/2020 | $35.70 | 258870 | $36.12 | $36.84 | $35 |
| 3/3/2020 | $35.56 | 523997 | $36.99 | $37.28 | $34.67 |
| 3/2/2020 | $36.67 | 319655 | $35.56 | $36.68 | $33.70 |
| 2/28/2020 | $34.95 | 570675 | $33.27 | $35.36 | $32.13 |
| 2/27/2020 | $35.11 | 638700 | $35 | $36.30 | $33.91 |
| 2/26/2020 | $37.36 | 289056 | $36.96 | $38.24 | $36.51 |
| 2/25/2020 | $37.50 | 527577 | $38.95 | $39.64 | $36.07 |
| 2/24/2020 | $38.26 | 661291 | $36.40 | $39.69 | $34.88 |
| 2/21/2020 | $38.72 | 626936 | $42.93 | $43.58 | $38.55 |
| 2/20/2020 | $42.65 | 705863 | $40.43 | $43.10 | $40.23 |
| 2/19/2020 | $39.92 | 1385516 | $42.39 | $46.39 | $39.68 |
| 2/18/2020 | $41.83 | 1258293 | $40.01 | $42.76 | $39.87 |
| 2/14/2020 | $39.10 | 275598 | $38.86 | $39.48 | $38.06 |
| 2/13/2020 | $38.70 | 472217 | $40.72 | $40.72 | $38.30 |
| 2/12/2020 | $40.76 | 560180 | $39.72 | $41 | $38.53 |
| 2/11/2020 | $39.31 | 1474366 | $42.76 | $43.29 | $37.31 |
| 2/10/2020 | $41.59 | 1098438 | $36.06 | $42 | $35.86 |
| 2/7/2020 | $36.03 | 556085 | $37.40 | $37.73 | $35.47 |
| 2/6/2020 | $37 | 522107 | $35.96 | $38.39 | $35.35 |
| 2/5/2020 | $35.35 | 546251 | $40.02 | $40.20 | $34.78 |
| 2/4/2020 | $38.35 | 597184 | $37.30 | $39.08 | $36.60 |
| 2/3/2020 | $35.53 | 669942 | $34.89 | $38.99 | $34.50 |
| 1/31/2020 | $34.74 | 474782 | $36 | $36 | $33.25 |
| 1/30/2020 | $36.04 | 606707 | $36.46 | $36.84 | $35.10 |
| 1/29/2020 | $37.04 | 448234 | $37.80 | $39.24 | $35.72 |
| 1/28/2020 | $38.07 | 938316 | $39.78 | $42.95 | $36.53 |
| 1/27/2020 | $37.57 | 1367889 | $33.01 | $38.80 | $32.50 |
| 1/24/2020 | $35.71 | 1787981 | $41.84 | $41.87 | $35 |
| 1/23/2020 | $40.26 | 1771703 | $46.67 | $46.97 | $39.77 |
| 1/22/2020 | $48.51 | 2774046 | $46 | $51.20 | $43.58 |

7

ACM Research, Inc. (ACMR)
Historical Daily Prices from Nasdaq.com
for the Time Period of  January 2, 2020 - March 31, 2021

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 1/21/2020 | $42.67 | 1340969 | $35.99 | $42.69 | $35 |
| 1/17/2020 | $36.09 | 870191 | $36 | $36.37 | $32.35 |
| 1/16/2020 | $36.31 | 1204108 | $35.55 | $37.62 | $35.45 |
| 1/15/2020 | $35.15 | 2232858 | $31.59 | $36.70 | $30.72 |
| 1/14/2020 | $31.59 | 1253911 | $27 | $31.83 | $27 |
| 1/13/2020 | $26.28 | 639043 | $24.15 | $26.43 | $24.15 |
| 1/10/2020 | $23.63 | 196331 | $23.50 | $24.42 | $23.33 |
| 1/9/2020 | $23.48 | 519883 | $24.86 | $25 | $22.37 |
| 1/8/2020 | $24.78 | 889699 | $24.45 | $26.29 | $24.44 |
| 1/7/2020 | $24.50 | 933731 | $21.44 | $24.71 | $21.24 |
| 1/6/2020 | $21 | 618760 | $18.91 | $21.79 | $18.90 |
| 1/3/2020 | $19.10 | 115340 | $18.58 | $19.25 | $18.45 |
| 1/2/2020 | $18.93 | 160416 | $18.73 | $19.29 | $18.51 |