UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACM RESEARCH, INC., DAVID HUI WANG, LISA FENG, and MARK A. MCKECHNIE,<br><br>Defendants. | Case No: 3:20-cv-09241-VC<br><br>**CLASS ACTION**<br><br>**DECLARATION OF LOUIS C. LUDWIG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** |

I, Louis C. Ludwig, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am Of Counsel at the law firm of Pomerantz LLP, appointed by the Court as Lead Counsel in this action.

2. I am personally involved in the representation of Lead Plaintiff Jeffrey Kain ("Plaintiff") and the putative class, and submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss Amended Class Action Complaint, filed herewith.

3. I have personal knowledge of the matters set forth herein.

4. Under Local Rule 7-5, "[f]actual contentions made in support of or in opposition to any motion must be supported by an affidavit or declaration and by appropriate references to the record."

5. Lead Counsel's investigation in the above-captioned matter included, among other things, "a review of … analyst reports about the Company." ECF No. 49 at 1.

6. Lead Counsel reviewed the photographic and documentary evidence appended to the J Capital reports cited in Plaintiff's Amended Complaint and determined that those "supported" J Capital's charges. *See id.*, ¶124.

7. Moreover, as part of that investigation, counsel spoke directly with the author of the J Capital reports, Anne Stevenson-Yang, and confirmed the factual bases of the report.

8. Finally, Ms. Stevenson-Yang provided Lead Counsel with documents relating to the J Capital reports. Lead Counsel translated and reviewed those documents.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of June, 2021, in Chicago, Illinois.

/s/ Louis C. Ludwig

Declaration of Louis C. Ludwig in Opposition to Motion to Dismiss - Case No. 3:20-cv-09241-VC