UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KAIN,<br><br>           Plaintiff,<br><br>    v.<br><br>ACM RESEARCH, INC., et al.,<br><br>           Defendants. | Case No. 20-cv-09241-VC<br><br>**ORDER CONTINUING HEARING ON MOTION TO DISMISS** |

The hearing on the motion to dismiss is continued to Thursday, September 9 at 2 p.m.

**IT IS SO ORDERED.**

Dated: June 28, 2021

VINCE CHHABRIA
United States District Judge