BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
DREW LIMING, State Bar No. 305156
drew.liming@freshfields.com
M. ABIGAIL WEST, State Bar No. 324456
abigail.west@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
2710 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 618-9250

*Attorneys for Defendants ACM Research, Inc.,*
*David Hui Wang, Lisa Feng, and Mark A. McKechnie*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY KAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACM RESEARCH, INC., DAVID HUI WANG, LISA FENG, and MARK A. MCKECHNIE,<br><br>Defendants. | Case No.: 3:20-CV-09241-VC<br><br>**DECLARATION OF DREW LIMING IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:  December 2, 2021<br>Time:  10:00 a.m.<br>Location:  Courtroom 4 - 17th Floor<br>Judge:  Hon. Vince Chhabria |

LIMING DECL ISO MTD
CASE NO. 3:20-CV-09241-VC

I, Drew Liming, declare as follows:

1.      I am duly admitted to practice in the State of California and an attorney with the law firm of Freshfields Bruckhaus Deringer US LLP.  I am counsel of record for Defendants ACM Research, Inc. ("ACMR" or the "Company"), David Hui Wang, Lisa Feng, and Mark A. McKechnie in the above-captioned matter.  I have personal knowledge of the matters stated herein.  If called as a witness I could and would competently testify to the matters stated herein.  This declaration is submitted in support of Defendants' Notice of Motion and Motion to Dismiss Plaintiff's Second Amended Complaint.

2.      Attached hereto as Exhibit A is a true and correct copy of ACMR's Form 10-K for the fiscal year ended December 31, 2020, which was publicly filed with the U.S. Securities and Exchange Commission ("SEC") on March 1, 2021.

3.      Attached hereto as Exhibit B is a true and correct copy of  J Capital Research USA LLC's Report titled "ACM Research – Dirty business," dated October 8, 2020.

4.      Attached hereto as Exhibit C is a true and correct copy of Nomura International (Hong Kong) Ltd. Global Markets Analyst Research Report titled "ACM Research – Perceived inaccuracies in JCAP's report," dated October 15, 2020.

5.      Attached hereto as Exhibit D is a true and correct copy of Stifel, Nicolaus & Company, Incorporated Analyst Report titled "ACM Research, Inc. – One is Entitled to an 'Opinion' but the Truth is Based on Facts; Do Not be Misled by Disinformation," dated October 8, 2020.

6.      Attached hereto as Exhibit E is a true and correct copy of ACMR's stock price history and the value of the NASDAQ index for the period of January 2, 2020 through March 31, 2021, as reported by NASDAQ.

7.      Attached hereto as Exhibit F is a true and correct copy of ACMR's Form 8-K, which was publicly filed with the SEC on November 5, 2020.

8.      Attached hereto as Exhibit G is a true and correct copy of J Capital Research USA LLC's Report titled "ACM Research – Curiouser and Curiouser," dated November 17, 2020.

LIMING DECL ISO MTD                                                    1
CASE NO. 3:20-CV-09241-VC

9.      Attached hereto as Exhibit H is a true and correct copy of ACMR's Form 10-K for the fiscal year ended December 31, 2019, which was publicly filed with the SEC on March 24, 2020.

10.      Attached hereto as Exhibit I is a true and correct copy of ACMR's Form 8-K, including the exhibits thereto, which was publicly filed with the SEC on June 1, 2020.

11.      Attached hereto as Exhibit J is a true and correct copy of ACMR's Form 8-K including the exhibits thereto, which was publicly filed with the SEC on August 8, 2019.

12.      Attached hereto as Exhibit K is a true and correct copy of ACMR's Form 10-Q for the quarterly period ended June 30, 2021, which was publicly filed with the SEC on August 6, 2021.

13.      Attached hereto as Exhibit L is a true and correct copy of ACMR's Q2 2020 Earnings Call Transcript dated August 6, 2020.

14.      Attached hereto as Exhibit M is a true and correct copy of ACMR's Form 8-K including the exhibits thereto, which was publicly filed with the SEC on August 10, 2021.

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed in the State of California on October 21, 2021.


           */s/ Drew Liming*
           Drew Liming