# EXHIBIT C

# NOMURA

## ACM Research ACMR.OQ ACMR US

Global Markets Research

15 October 2020

**EQUITY: TECHNOLOGY**

# Perceived inaccuracies in JCAP's report

Most of theallegations discussed in JCAP's report seem incorrect, but ACMR may need to clarify some concerns

**On 8 October J Capital Research (JCAP) released a short-sell report on ACMR; our takeaways are below**

JCAP made the following allegations regarding ACMR's businesses in a *recent short-sell report*: 1) Above-industry level GPM: we think JCAP is likely incorrect in its assessment; 2) Overstated sales: we think JCAP is likely incorrect in its assessment; 3) Plant, property, equipment (PPE) to sales ratio is too low: based on our study, we think this is debatable, but ACMR may need to provide more clarity on this issue; 4) ACMR's robotic arm supplier, Ninebell in Korea, is a low-tech company – we think JCAP's allegation is likely incorrect and could be potentially misleading; 5) Agents are diverting revenue and profit from ACMR – we believe this is debatable, but JCAP's interpretation of events could also be potentially misleading; 6) Borrowing money with sufficient cash on hand – based on our study, we think JCAP is incorrect; 7) Overstated inventory – based on our study, we think JCAP is incorrect; 8) Customers' advanced payment did not grow along with sales – we believe this is debatable, but ACMR may need to provide more clarity in this area; 9) Understated warranty and service costs – based on our study we think JCAP is likely incorrect; 10) Rental payment is too high – based on our study, we disagree with JCAP; 11) Certain ex- or current members of management could have been potentially and allegedly related to fraud prior to joining ACMR – we found no evidence of this charge, although ACMR may need to provide additional clarity regarding this matter.

Below are our takeaways following our review of JCAP's report:

- **ACMR's business segments with customers, technology capability, ASP, GPM and certain financial numbers are unlikely to face significant issues. In our opinion, JCAP's report could potentially mislead investors.**
- **To better address the allegations made by JCAP in its report, ACMR may need to explain the following: 1) why its PPE/revenue ratio is lower than peers'; 2) why customers' advanced payment is not growing with its sales momentum; 3) clarify its ex-CFO, current CFO of ACMR China and auditor were indirectly linked with other companies' possible fraud issues.**

In the following report we argue why we disagree with most of the concerns raised by JCAP's short-sell report about AMCR.

| Rating Remains | Buy |
|---|---|
| Target price Remains | USD 125.00 |
| Closing price 14 October 2020 | USD 74.13 |
| Implied upside | +68.6% |

| | |
|---|---|
| Market Cap (USD mn) | 1,339.9 |
| ADT (USD mn) | 32.9 |

**Research Analysts**

Semiconductor

Donnie Teng - NIHK
donnie.teng@nomura.com
+852 2252 1439

Aaron Jeng, CFA - NITB
aaron.jeng@nomura.com
+886(2) 21769962

| Year-end 31 Dec | FY19 | FY20F | | FY21F | | FY22F | |
|---|---|---|---|---|---|---|---|
| Currency (USD) | Actual | Old | New | Old | New | Old | New |
| **Revenue (mn)** | 108 | 149 | 149 | 196 | 196 | 256 | 256 |
| **Reported net profit (mn)** | 19 | 13 | 13 | 23 | 23 | 31 | 31 |
| **Normalised net profit (mn)** | 19 | 13 | 13 | 23 | 23 | 31 | 31 |
| **FD normalised EPS** | 91.22c | 60.61c | 60.61c | 1.03 | 1.03 | 1.38 | 1.38 |
| **FD norm. EPS growth (%)** | 139.5 | -33.6 | -33.6 | 70.7 | 70.7 | 33.1 | 33.1 |
| **FD normalised P/E (x)** | 81.3 | – | 122.3 | – | 71.6 | – | 53.8 |
| **EV/EBITDA (x)** | 19.3 | – | 17.9 | – | 15.9 | – | 13.9 |
| **Price/book (x)** | 13.7 | – | 12.5 | – | 10.6 | – | 8.7 |
| **Dividend yield (%)** | – | – | – | – | – | – | – |
| **ROE (%)** | 25.3 | 12.6 | 12.6 | 18.7 | 18.7 | 20.9 | 20.9 |
| **Net debt/equity (%)** | net cash | net cash | net cash | net cash | net cash | net cash | net cash |

*Source: Company data, Nomura estimates*

See Appendix A-1 for analyst certification, important disclosures and the status of non-US analysts.

# Key Data on ACM Research

**Relative Performance Chart**



Source: Thomson Reuters, Nomura

**Performance**

| (%) | 1M | 3M | 12M | | |
|---|---|---|---|---|---|
| Absolute (USD) | 4.8 | -18.3 | 478.7 | M cap (USDmn) | 1,339.9 |
| Absolute (USD) | 4.8 | -18.3 | 478.7 | Free float (%) | 50.0 |
| Rel to NASDAQ COMPOSITE | -1.7 | -30.5 | 432.5 | 3-mth ADT (USDmn) | 32.9 |

**Income statement (USDmn)**

| Year-end 31 Dec | FY18 | FY19 | FY20F | FY21F | FY22F |
|---|---|---|---|---|---|
| Revenue | 75 | 108 | 149 | 196 | 256 |
| Cost of goods sold | -40 | -57 | -83 | -112 | -146 |
| Gross profit | 35 | 51 | 67 | 84 | 110 |
| SG&A | -28 | -33 | -44 | -56 | -73 |
| Employee share expense | | | | | |
| Operating profit | 7 | 18 | 22 | 28 | 38 |
| EBITDA | 59 | 70 | 74 | 82 | 92 |
| Depreciation | -52 | -52 | -52 | -55 | -55 |
| Amortisation | | | | | |
| EBIT | 7 | 18 | 22 | 28 | 38 |
| Net interest expense | 0 | 0 | 0 | -2 | -2 |
| Associates & JCEs | 0 | 0 | 0 | 0 | 0 |
| Other income | 1 | 1 | -5 | 0 | 0 |
| Earnings before tax | 7 | 19 | 18 | 26 | 35 |
| Income tax | -1 | 1 | -4 | -3 | -4 |
| Net profit after tax | 7 | 20 | 14 | 23 | 31 |
| Minority interests | 0 | -1 | -1 | 0 | 0 |
| Other items | | | | | |
| Preferred dividends | | | | | |
| Normalised NPAT | 7 | 19 | 13 | 23 | 31 |
| Extraordinary items | | | | | |
| Reported NPAT | 7 | 19 | 13 | 23 | 31 |
| Dividends | | | | | |
| Transfer to reserves | 7 | 19 | 13 | 23 | 31 |

**Valuations and ratios**

| | | | | | |
|---|---|---|---|---|---|
| Reported P/E (x) | 176.1 | 70.2 | 105.8 | 62.1 | 45.8 |
| Normalised P/E (x) | 176.1 | 70.2 | 105.8 | 62.1 | 45.8 |
| FD normalised P/E (x) | 194.6 | 81.3 | 122.3 | 71.6 | 53.8 |
| Dividend yield (%) | – | – | – | – | – |
| Price/cashflow (x) | 187.2 | 163.9 | 90.2 | 89.7 | 67.2 |
| Price/book (x) | 22.4 | 13.7 | 12.5 | 10.6 | 8.7 |
| EV/EBITDA (x) | 22.5 | 19.3 | 17.9 | 15.9 | 13.9 |
| EV/EBIT (x) | 198.4 | 75.3 | 59.1 | 47.4 | 34.2 |
| Gross margin (%) | 46.2 | 47.2 | 44.6 | 43.0 | 43.0 |
| EBITDA margin (%) | 78.7 | 65.2 | 49.8 | 42.1 | 36.1 |
| EBIT margin (%) | 8.8 | 16.6 | 14.9 | 14.2 | 14.7 |
| Net margin (%) | 8.9 | 17.6 | 8.7 | 11.7 | 12.1 |
| Effective tax rate (%) | 10.8 | -2.8 | 21.1 | 12.0 | 12.0 |
| Dividend payout (%) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| ROE (%) | 14.4 | 25.3 | 12.6 | 18.7 | 20.9 |
| ROA (pretax %) | 10.6 | 15.3 | 13.3 | 13.9 | 15.6 |

**Growth (%)**

| | | | | | |
|---|---|---|---|---|---|
| Revenue | 104.5 | 44.1 | 38.9 | 31.0 | 31.0 |
| EBITDA | 11.0 | 19.3 | 6.3 | 10.8 | 12.1 |
| Normalised EPS | | 150.9 | -33.7 | 70.4 | 35.5 |
| Normalised FDEPS | | 139.5 | -33.6 | 70.7 | 33.1 |

Source: Company data, Nomura estimates

**Cashflow statement (USDmn)**

| Year-end 31 Dec | FY18 | FY19 | FY20F | FY21F | FY22F |
|---|---|---|---|---|---|
| EBITDA | 59 | 70 | 74 | 82 | 92 |
| Change in working capital | -4 | -70 | 3 | -5 | -7 |
| Other operating cashflow | -48 | 9 | -59 | -59 | -61 |
| Cashflow from operations | 7 | 9 | 18 | 18 | 25 |
| Capital expenditure | -2 | -1 | -1 | -1 | -1 |
| Free cashflow | 5 | 8 | 17 | 18 | 24 |
| Reduction in investments | 0 | -4 | 0 | 0 | 0 |
| Net acquisitions | | | | | |
| Dec in other LT assets | | | | | |
| Inc in other LT liabilities | | | | | |
| Adjustments | 0 | 1 | 4 | 4 | 4 |
| CF after investing acts | 5 | 5 | 21 | 21 | 28 |
| Cash dividends | | | | | |
| Equity issue | 1 | 83 | 0 | 0 | 0 |
| Debt issue | 5 | 4 | 14 | 9 | 12 |
| Convertible debt issue | | | | | |
| Others | -1 | -61 | 1 | 2 | 2 |
| CF from financial acts | 5 | 26 | 15 | 11 | 14 |
| Net cashflow | 9 | 31 | 36 | 33 | 42 |
| Beginning cash | 18 | 27 | 58 | 94 | 127 |
| Ending cash | 27 | 58 | 94 | 127 | 169 |
| Ending net debt | -18 | -43 | -65 | -89 | -119 |

**Balance sheet (USDmn)**

| As at 31 Dec | FY18 | FY19 | FY20F | FY21F | FY22F |
|---|---|---|---|---|---|
| Cash & equivalents | 27 | 58 | 94 | 127 | 169 |
| Marketable securities | | | | | |
| Accounts receivable | 25 | 31 | 57 | 108 | 175 |
| Inventories | 39 | 45 | 41 | 26 | 7 |
| Other current assets | 6 | 64 | 64 | 64 | 64 |
| Total current assets | 96 | 198 | 256 | 325 | 414 |
| LT investments | 1 | 6 | 6 | 6 | 7 |
| Fixed assets | 4 | 4 | 3 | 3 | 3 |
| Goodwill | | | | | |
| Other intangible assets | 0 | 0 | 0 | 0 | 1 |
| Other LT assets | 2 | 9 | 9 | 9 | 9 |
| Total assets | 103 | 218 | 275 | 344 | 433 |
| Short-term debt | 9 | 15 | 29 | 38 | 50 |
| Accounts payable | 17 | 13 | 18 | 34 | 56 |
| Other current liabilities | 20 | 25 | 45 | 59 | 77 |
| Total current liabilities | 46 | 53 | 92 | 132 | 184 |
| Long-term debt | | | | | |
| Convertible debt | | | | | |
| Other LT liabilities | 5 | 7 | 11 | 15 | 19 |
| Total liabilities | 51 | 60 | 103 | 147 | 203 |
| Minority interest | 0 | 60 | 61 | 64 | 66 |
| Preferred stock | | | | | |
| Common stock | 57 | 83 | 84 | 84 | 84 |
| Retained earnings | -4 | 14 | 26 | 49 | 80 |
| Proposed dividends | | | | | |
| Other equity and reserves | | | | | |
| Total shareholders' equity | 52 | 97 | 111 | 134 | 165 |
| Total equity & liabilities | 103 | 218 | 275 | 344 | 433 |

**Liquidity (x)**

| | | | | | |
|---|---|---|---|---|---|
| Current ratio | 2.08 | 3.71 | 2.79 | 2.47 | 2.25 |
| Interest cover | 13.9 | 43.0 | 53.4 | 15.8 | 16.4 |

**Leverage**

| | | | | | |
|---|---|---|---|---|---|
| Net debt/EBITDA (x) | net cash | net cash | net cash | net cash | net cash |
| Net debt/equity (%) | net cash | net cash | net cash | net cash | net cash |

**Per share**

| | | | | | |
|---|---|---|---|---|---|
| Reported EPS (USD) | 42.10c | 1.06 | 70.08c | 1.19 | 1.62 |
| Norm EPS (USD) | 42.10c | 1.06 | 70.08c | 1.19 | 1.62 |
| FD norm EPS (USD) | 38.09c | 91.22c | 60.61c | 1.03 | 1.38 |
| BVPS (USD) | 3.31 | 5.42 | 5.95 | 6.98 | 8.55 |
| DPS (USD) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Activity (days)**

| | | | | | |
|---|---|---|---|---|---|
| Days receivable | 125.6 | 94.5 | 108.2 | 154.2 | 201.4 |
| Days inventory | 246.3 | 268.5 | 189.6 | 109.6 | 40.7 |
| Days payable | 109.6 | 96.2 | 68.6 | 85.4 | 113.3 |
| Cash cycle | 262.3 | 266.8 | 229.2 | 178.4 | 128.7 |

Source: Company data, Nomura estimates

**JCAP highlighted ACMR's higher than corporate GPM; in our opinion, this is not an apples-to-apples comparison**

- In our opinion, JCAP, in chart 1 of its report, was incorrect in directly comparing ACMR, which had around 75% sales from single wafer cleaning tools in 2019, with large semiconductor production equipment (SPE) companies that have multiple equipment businesses with more complicated product mixes.
- In addition, we believe JCAP's GPM data for TEL is inaccurate. Based on Bloomberg data, TEL's group GPM is at the 40-45% level, while JCAP's report uses TEL's pretax net profit margin of 25% in FY20 for its SPE segment as a comparison with ACMR's GPM.
- In contrast, JCAP seems to dismiss the fact that NAURA's semi equipment business includes solar and LED businesses, both of which have a GPM of less than 40%, whereas Solar fares less positively, with a GPM of likely less than 20%.
- Last, JCAP compares Screen's 2019 GPM of 25% vs ACMR's GPM of 47%; however, Screen's single wafer cleaning equipment only accounted for 45% of its total sales in FY20, while other non-SPE businesses are under low profit.

**JCAP only used two machines' ASPs from "customer A" to allege that ACMR was hyping its reported average ASP**

In our opinion, "two" machines do not represent the average ASP of ACMR's overall business, as shown in table 1 of JCAP's report, as the samples are too small. We also believe the average ASP of around USD3mn with some tolerance, is quite reasonable for single-wafer cleaning equipment.

**JCAP alleges in table 3 of its report that ACMR's PPE/revenue ratio is too low; we think this is debatable, but ACMR should provide further clarity on this concern**

ACMR heavily relies on its labor force to assemble its equipment, as it is too small a company to build an automated assembly line. **We visited ACMR's first factory in Shanghai in November 2018, and indeed it was laborers that were assembling the equipment.**

In contrast, ACMR relies heavily on customers' tools to qualify and fine-tune its equipment rather than procuring this kind of expensive equipment itself, as its sales scale is still relatively small. ACMR's new fab in the Linggang area will commence an automated assembly production line in 2022, according to management. Thus, we expect the ratio to normalize once the sales scale becomes increasingly larger.

**JCAP alleged that ACMR does only low-value assembly operations and questioned its R&D costs; we think this is debatable**

JCAP claimed: "ACMR purchases valuable parts from third parties and performs a low-value assembly operation," and in the report stated that most of ACMR's R&D is actually cost of goods sold. In our opinion, it is unlikely that JCAP knows for certain whether ACMR utilizes some of the necessary R&D equipment and materials in customers' fabs. T o further verify yield and improve performance, the equipment has to be fine-tuned in customers' R&D production lines to further test by using wafers and chemicals. In this process, We estimates that about 40% of the R&D is taking place on the customer side.

JCAP also cast some uncertainty on the number arrived at for the rising R&D cost in the budget for ACMR's further business expansion plan in table 4 of its report, alleging that there are too many R&D materials, which is more than 10x that of the reported "material consumption for R&D" in 2019. Based on our study, we believe ACMR's budget for its new Shanghai fab could last for five years or more.

**Ironically, JCAP's allegation that "They (ACMR) don't have much in the way of R&D, a lab, manufacturing. It's an assembly operation" is probably the best response to its earlier allegation that "ACMR's PPE/revenue ratio is lower than peers'."**

Perhaps more negatively, JCAP's report (pages 3, 35 and 36) alleges that Ninebell, ACMR's robotic arm supplier in Korea, had low-tech capability. **It use of pictures from Ninebell's shipping area, rather than its office and workplaces does not properly convey its operations, in our view.** During our recent discussions with ACMR

management, we found out that Ninebell indeed did procure certain key components of the robotic arm (e.g., motors, controllers (from Yaskawa), slide bar, etc. from Japan-based companies), and assemble these component into a robotic arm. JCAP's report argued that the robotic arm itself is from Yaskawa, which we believe to be an incorrect assessment. **From JCAP's picture, we can clearly see the product name on Yaskawa's shipping box is the "Linear Sigma Series", which indicates to us that the linear motor is from *Yaskawa's website*, rather than the robotic arm**

**Fig. 1: The real pictures from Ninebell**



JCAP took picture at Ninebell's shipping area which seemed to suggest that Ninbell has low-tech.

Below pictures are from Ninebell, which we believe JCAP can't access to the real office and assembly areas.

Source: Ninebell, Nomura research

**Fig. 2: Yaskawa's "Linear Sigma Series"**



Source: Nomura research

JCAP's report also claimed that ACMR's subsidies were given out to a third party; we understand this is simply because of JCAP's likely misinterpretation of ACMR's filing – ACMR did report that it had received subsidies from a third party, rather than "given out to" a third party.

**Fig. 3: ACMR received subsidies instead of giving out to a third party**



Source: Company data, Nomura research

### JCAP alleged that ACMR had agents diverting revenue and profit; in our view, this claim is unsubstantiated

**Agents play an important role for semi equipment companies. For an SPE company that wants to look for new customers in different regions, agents can help conduct industry surveys, product promotions, marketing and most important, build relationships with potential customers.**

However, in tables 11 and 12 of its report, JCAP questioned the the credibility of AMCR's reported electroplating equipment output. In our view, if ACMR attempted to understate its revenue to favor its agents, it would contradict JCAP's former claim that ACMR overstated revenues by 15-20% in 1H20. In addition, in our opinion, JCAP did not substantiate its

5

claim that ACMR favored agents.

JCAP also alleged in table 14 of its report that ACMR acted as its own agent in collecting significant commissions. Regarding the gap between sales to customers and to the same final customers, ACMR provided the explanation in 2017 and 2018 8K statements — ACMR Shanghai sold its product to the final customer through Qianjing International and ACMR, leading to the disparity. Again, it would appear, in our opinion, that JCAP did not completely review ACMR's filings and consequently reached an erroneous conclusion.

**Fig. 4: JCAP alleged that ACMR acted as its own agent, but we believe this is contradicted by ACMR's filings**

### Sales to top tive customers (2018)

| SN | Name | Amount | Proportion |
|---|---|---|---|
| 1 | Huahong Group | 12,667.23 | 23.02% |
| 2 | Yangtze Memory | 12,653.88 | 23.00% |
| 3 | Hynix | 12,117.32 | 22.02% |
| 4 | Qianjing International | 6,935.04 | 12.60% |
| 5 | ACMR | 6,081.94 | 11.05% |
| | Total | 50,455.41 | 91.69% |

### Sales to top 5 final customers (2018)

| SN | Name | Amount | Proportion |
|---|---|---|---|
| 1 | Yangtze Memory | 18,735.81 | 34.05% |
| 2 | Huahong Group | 15,314.19 | 27.83% |
| 3 | Hynix | 12,117.32 | 22.02% |
| 4 | JCET | 2,536.22 | 4.61% |
| 5 | SMIC | 2,188.16 | 3.98% |
| | Total | 50,891.71 | 92.49% |

Source: 8K pages 135-136

JCAP did not read ACMR's filings in the red boxed and accused ACMR acted as its own agent to inflate the sales from YMTC and HuaHong Group as its own commisions.

From the red boxed we highlighted below, apparently, the gap is mainly due to some sales was through ACMR's agent, Qianjing International, while some customers placed orders through ACMR, rather than ACMR Shanghai.

During the reporting period, in 2017 and 2018, part of the Company's export business was carried out through Qianjing International, an import and export service provider. Specifically, the Company first sold the products to Qianjing International, which subsequently went through the customs declaration formalities. Qianjing International sold the products to the final customers at the same price, and the Company paid the export customs declaration agency fee to Qianjing International. After June 2018, the Company's export business was carried out through Hong Kong CleanChip, a wholly-owned subsidiary in Hong Kong. The Company no longer has business with Qianjing International.

ACM Research (Shanghai), Inc.                                                                    [***]

In 2017 and 2018, some customers of the Company placed orders with ACMR, and the Company sold the products to ACMR, which then sold them to final customers. In 2019, the Company did not sell products to final customers through ACMR.

Source: ACMR filings, Nomura research

**JCAP alleged that ACMR borrowed money when it was rich with cash on hand, but did not appear to consider that ACMR had "restricted cash"**

JCAP also alleged ACMR had USD86.4mn in cash on hand in 2Q20 while it was still taking out loans. But according to ACMR, it had ~USD60mn in restricted cash, which it was unable to use until the IPO schedule was mostly firmed up in June 2020.

**Fig. 5: ACMR had restricted cash of around USD60mn on hand**

| Assets | | June 30, 2020 | | December 31, 2019 |
|---|---|---|---|---|
| Current assets: | | | | |
| Cash and cash equivalents | $ | 86,397 | $ | 58,261 |
| Restricted cash | | - | | 59,598 |
| Accounts receivable, less allowance for doubtful accounts of $0 as of June 30, 2020 and December 31, 2019 (note 3) | | 58,903 | | 31,091 |
| Other receivables | | 7,651 | | 2,603 |

Source: ACMR, Nomura research

In its report, JCAP also questioned why there was a cash gap between ACMR and ACMR Shanghai. We think this question is not very meaningful, as it is natural that ACMR would leave some cash on hand rather than spend all on ACMR Shanghai. ACMR itself may still need to expand business in the US, or, do an acquisition. We think this is reasonable and will help provide ACMR with more flexibility, particularly as there are trade tensions

between China and the US.

### JCAP alleged that ACMR inflated its inventory with a lot of "delivered goods" but this can be explained by its sales recognition policy, in our view

Due to US and China accounting requirements, there is a time gap between shipments and revenue recognition. Simply stated, ACMR would not be able to recognize sales until customers' acceptance, rather than upon shipment.

According to China GAAP, sales recognition would not occur until customers' acceptance. Thus, once ACMR Shanghai shipped equipment to customers, the equipment would be placed as "delivered goods" item under inventory.

According to US GAAP, the "repeat orders" delivery to customers of tool that customers has previously accepted, for which ACMR recognizes as revenue upon delivery, and for a "first time" delivery of a tool to a customer on an approval basis, for which ACMR may recognize revenues in the future if contractual conditions are met and customer acceptance is received.

Thus, in ACMR Shanghai, there is a "delivered goods" item under inventory, while in ACMR itself, there are only finished goods and the company needs to wait for ACMR Shanghai to recognize sales.

**Fig. 6: ACMR and ACMR Shanghai's inventory**

| Mln USD | 2019 | 2018 | 2017 |
|---|---|---|---|
| Item | Book Value | Book Value | Book Value |
| Raw materials | $13.06 | $11.25 | $47.54 |
| Work in process | $10.75 | $8.67 | $3.6 |
| Finished goods | $0.43 | $0.00 | $0.00 |
| Delivered goods | $19.66 | $17.82 | $11.01 |
| Total | $43.9 | $37.74 | $19.36 |

According to China GAAP, the sales recognition would not happen until customers' acceptance. Thus, once ACMR Shanghai shipped the equipment to customers, the equipment will be placed as delivered goods under inventory item.

According to US GAAP, the "repeat" delivery to a customers of tool that customers has previously accepted, for which ACMR recognize revenue upon deliver, and for a "first time" delivery of a tool to a customer on a approval basis, for which ACMR may recognize recenue in the future if contractual conditions are met and customer acceptance is recieved.

Thus, in ACMR Shanghai, there is a "delivered goods" item under inventory, while in ACMR itself, only finished goods that need to await

Up: ACMR Shanghai's inventory; Down: ACMR's inventory in USD k.

| | December 31, | | | |
|---|---|---|---|---|
| | 2019 | | 2018 | |
| Raw materials | $ | 15,105 | $ | 12,646 |
| Work in process | | 10,407 | | 9,631 |
| Finished goods | | 19,284 | | 16,487 |
| Total inventory, gross | | 44,796 | | 38,764 |
| Inventory reserve | | - | | - |
| Total inventory, net | $ | 44,796 | $ | 38,764 |

Source: ACMR filing, Nomura research

### JCAP alleged that customers' advanced payments did not grow along with ACMR's sales; while we may not agree with this assessment, ACMR may need to provide further clarity at a later date

JCAP alleged ACMR's "advances from customers were USD8.42mn at end-2018 when full-year revenue was USD74.64mn. By end-2Q20, advances from customers were USD8.78mn, yet annualized 2Q20 revenue was USD156.2 mln (4x USD39.05mn). Revenue has basically doubled, while advances from customers have stayed flat. Customer deposits should at least match the momentum in business activity."

**We think this is can be explained by "customers' repeating orders mostly do not have advanced payment". Simply stated, unless we can compare the payment terms between ACMR and its customers on an individual basis and also by different kinds of equipment, we are unable to substantiate whether JCAP has made a valid claim.**

### JCAP reported a liability in a case in which ACMR had already provided full

**disclosure**

In short, this is an accounting treatment about warrants, which does not influence AMCR's operations. The warrants, subjected to US regulatory requirements, failed to pass China's regulatory requirements when the company was applying for its Shanghai STAR Board IPO, leading to the financial liability carried at fair value in 2Q20. According to AMCR management, this liability will be classified as equity in the next quarter.

**Fig. 7: The financial liability carried at fair value is due to the accounting treatment of warrants and is expected to be classified as equity next quarter**



Source: ACMR filing, Nomura research

**JCAP alleged that ACMR pays higher rental expense than neighbors; in our opinion, JCAP's research is incomplete**

JCAP also reported that ACMR has much higher rental expense, USD3,600 per month, than nearby houses, while according to the location and the area implied by the pictures it provided, we searched a home rental site and found the price reported by ACMR is not much overstated, considering ACMR's office in Fremont is 3,000 square feet. In addition, it would seem illogical that ACMR would overstate its spending.

**Fig. 8: The rental price nearby shows that ACMR dose not overstate its spending**



Source: Rentometer.com, Trulia.com, Nomura research

### JCAP's made what we consider unsubstantiated allegations that ACMR's ex-CFO, and CFO of ACMR China, and an auditor have been indirectly linked with fraud

Xu Min was the former CFO of UTStarcom. However, Xu Min was only with that company for around two years (2014/8-2016/11), and during that period we found no conclusive evidence of any fraud directly linked to him.

Lisa Feng, the CFO of ACMR Shanghai, was a Regional Controller at Lumenis during 2001-07. While during her tenure she overlapped with these two executives that were charged with revenue accounting fraud by the US Security and Exchange Commission (SEC) to inflate sales during 2002-03, we could not find any conclusive evidence indicating any fraud directly linked to her. According to our research, Lisa Feng was previously employed by Coherent, which was acquired by Lumenis in 2001, and that she was not the Regional Controller until close to 2007.

JCAP also alleged Daniel Ho , the auditor of ACMR, audited other companies with fraud concerns. However, there are no evidences to prove the companies Daniel Ho audited were charged by either the SEC or PACOB (Public Accounting Company Oversight Board). The SEC also completed its *investigation* into Orient Paper in 2013 without taking any action.

# Appendix A-1

## Analyst Certification

We, Donnie Teng and Aaron Jeng, hereby certify (1) that the views expressed in this Research report accurately reflect our personal views about any or all of the subject securities or issuers referred to in this Research report, (2) no part of our compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this Research report and (3) no part of our compensation is tied to any specific investment banking transactions performed by Nomura Securities International, Inc., Nomura International plc or any other Nomura Group company.

### Issuer Specific Regulatory Disclosures

The terms "Nomura" and "Nomura Group" used herein refers to Nomura Holdings, Inc. and its affiliates and subsidiaries, including Nomura Securities International, Inc. ('NSI'), U. S. registered broker dealers and members of SIPC.

#### Materially mentioned issuers

| Issuer | Ticker | Price | Price date | Stock rating | Sector rating | Disclosures |
|---|---|---|---|---|---|---|
| ACM Research | ACMR US | USD 74.13 | 14-Oct-2020 | Buy | N/A | |

**ACM Research (ACMR US)**                                                        **USD 74.13 (14-Oct-2020)** Buy (Sector rating: N/A)
Rating and target price chart (three year history)



| Date | Rating | Target price | Closing price |
|---|---|---|---|
| 06-Aug-20 | | 125.00 | 112.29 |
| 22-Jan-20 | | 70.00 | 48.51 |
| 13-Jan-20 | Buy | | 26.28 |
| 13-Jan-20 | | 33.00 | 26.28 |

Source: ThomsonReuters,Nomura research

For explanation of ratings refer to the stock rating keys located after chart(s)

**Valuation Methodology** Our TP is USD125, based on EV/sales multiples of 10x 2022F sales of USD260mn and our estimated debt, cash and number of shares outstanding for 2022F. The benchmark index is NASDAQ Composite.
**Risks that may impede the achievement of the target price** Downside risks include: 1) worse-than-expected global or China semi demand; 2) lowerthan-expected global or China semi company capex; 3) increased trade tensions or a tech war between China and the US; 4) ACMR Shanghai failing to list in the STAR market .

## Important Disclosures

**Online availability of research and conflict-of-interest disclosures**
Nomura Group research is available on www.nomuranow.com/research, Bloomberg, Capital IQ, Factset, Reuters and ThomsonOne. Important disclosures may be read at http://go.nomuranow.com/research/globalresearchportal/pages/disclosures/disclosures.aspx or requested from Nomura Securities International, Inc. If you have any difficulties with the website, please email grpsupport@nomura.com for help.

The analysts responsible for preparing this report have received compensation based upon various factors including the firm's total revenues, a portion of which is generated by Investment Banking activities. Unless otherwise noted, the non-US analysts listed at the front of this report are not registered/qualified as research analysts under FINRA rules, may not be associated persons of NSI, and may not be subject to FINRA Rule 2241 restrictions on communications with covered companies, public appearances, and trading securities held by a research analyst account.

Nomura Global Financial Products Inc. (NGFP) Nomura Derivative Products Inc. (NDP) and Nomura International plc. (NIplc) are registered with the Commodities Futures Trading Commission and the National Futures Association (NFA) as swap dealers. NGFP, NDPI, and NIplc are generally engaged in the trading of swaps and other derivative products, any of which may be the subject of this report.

**Distribution of ratings (Nomura Group)**
The distribution of all ratings published by Nomura Group Global Equity Research is as follows:
51% have been assigned a Buy rating which, for purposes of mandatory disclosures, are classified as a Buy rating; 44% of companies with this rating are investment banking clients of the Nomura Group*. 0% of companies (which are admitted to trading on a regulated market in the EEA) with this rating were supplied material services** by the Nomura Group.

43% have been assigned a Neutral rating which, for purposes of mandatory disclosures, is classified as a Hold rating; 58% of companies with this rating are investment banking clients of the Nomura Group*. 0% of companies (which are admitted to trading on a regulated market in the EEA) with this rating were supplied material services by the Nomura Group

6% have been assigned a Reduce rating which, for purposes of mandatory disclosures, are classified as a Sell rating; 14% of companies with this rating are investment banking clients of the Nomura Group*. 0% of companies (which are admitted to trading on a regulated market in the EEA) with this rating were supplied material services by the Nomura Group.

As at 30 September 2020.

*The Nomura Group as defined in the Disclaimer section at the end of this report.

** As defined by the EU Market Abuse Regulation

## Definition of Nomura Group's equity research rating system and sectors

The rating system is a relative system, indicating expected performance against a specific benchmark identified for each individual stock, subject to limited management discretion. An analyst's target price is an assessment of the current intrinsic fair value of the stock based on an appropriate valuation methodology determined by the analyst. Valuation methodologies include, but are not limited to, discounted cash flow analysis, expected return on equity and multiple analysis. Analysts may also indicate expected absolute upside/downside relative to the stated target price, defined as (target price - current price)/current price.

### STOCKS

A rating of **'Buy'**, indicates that the analyst expects the stock to outperform the Benchmark over the next 12 months. A rating of **'Neutral'**, indicates that the analyst expects the stock to perform in line with the Benchmark over the next 12 months. A rating of **'Reduce'**, indicates that the analyst expects the stock to underperform the Benchmark over the next 12 months. A rating of **'Suspended'**, indicates that the rating, target price and estimates have been suspended temporarily to comply with applicable regulations and/or firm policies. Securities and/or companies that are labelled as **'Not rated'** or shown as **'No rating'** are not in regular research coverage. Investors should not expect continuing or additional information from Nomura relating to such securities and/or companies. Benchmarks are as follows: **United States/Europe/Asia ex-Japan**: please see valuation methodologies for explanations of relevant benchmarks for stocks, which can be accessed at: http://go.nomuranow.com/research/globalresearchportal/pages/disclosures/disclosures.aspx ; **Global Emerging Markets (ex-Asia)**: MSCI Emerging Markets ex-Asia, unless otherwise stated in the valuation methodology; **Japan:** Russell/Nomura Large Cap.

### SECTORS

A **'Bullish'** stance, indicates that the analyst expects the sector to outperform the Benchmark during the next 12 months. A **'Neutral'** stance, indicates that the analyst expects the sector to perform in line with the Benchmark during the next 12 months. A **'Bearish'** stance, indicates that the analyst expects the sector to underperform the Benchmark during the next 12 months. Sectors that are labelled as **'Not rated'** or shown as **'N/A'** are not assigned ratings. Benchmarks are as follows: **United States:** S&P 500; **Europe:** Dow Jones STOXX 600; **Global Emerging Markets (ex-Asia):** MSCI Emerging Markets ex-Asia. **Japan/Asia ex-Japan:** Sector ratings are not assigned.

## Target Price

A Target Price, if discussed, indicates the analyst's forecast for the share price with a 12-month time horizon, reflecting in part the analyst's estimates for the company's earnings. The achievement of any target price may be impeded by general market and macroeconomic trends, and by other risks related to the company or the market, and may not occur if the company's earnings differ from estimates.

## Disclaimers

This publication contains material that has been prepared by the Nomura Group entity identified on page 1 and, if applicable, with the contributions of one or more Nomura Group entities whose employees and their respective affiliations are specified on page 1 or identified elsewhere in this publication. The term "Nomura Group" used herein refers to Nomura Holdings, Inc. and its affiliates and subsidiaries including: (a) Nomura Securities Co., Ltd. ('NSC') Tokyo, Japan, (b) Nomura Financial Products Europe GmbH ('NFPE'), Germany, (c) Nomura International plc ('NIplc'), UK, (d) Nomura Securities International, Inc. ('NSI'), New York, US, (e) Nomura International (Hong Kong) Ltd. ('NIHK'), Hong Kong, (f) Nomura Financial Investment (Korea) Co., Ltd. ('NFIK'), Korea (Information on Nomura analysts registered with the Korea Financial Investment Association ('KOFIA') can be found on the KOFIA Intranet at http://dis.kofia.or.kr, (g) Nomura Singapore Ltd. ('NSL'), Singapore (Registration number 197201440E, regulated by the Monetary Authority of Singapore) (h) Nomura Australia Ltd. ('NAL'), Australia (ABN 48 003 032 513), regulated by the Australian Securities and Investment Commission ('ASIC') and holder of an Australian financial services licence number 246412, (i) Nomura Securities Malaysia Sdn. Bhd. ('NSM'), Malaysia, (j) NIHK, Taipei Branch ('NITB'), Taiwan, (k) Nomura Financial Advisory and Securities (India) Private Limited ('NFASL'), Mumbai, India (Registered Address: Ceejay House, Level 11, Plot F, Shivsagar Estate, Dr. Annie Besant Road, Worli, Mumbai- 400 018, India; Tel: 91 22 4037 4037, Fax: 91 22 4037 4111; CIN No: U74140MH2007PTC169116, SEBI Registration No. for Stock Broking activities : INZ000255633; SEBI Registration No. for Merchant Banking : INM000011419; SEBI Registration No. for Research: INH000001014. 'CNS Thailand' next to an analyst's name on the front page of a research report indicates that the analyst is employed by Capital Nomura Securities Public Company Limited ('CNS') to provide research assistance services to NSL under an agreement between CNS and NSL. 'NSFSPL' next to an employee's name on the front page of a research report indicates that the individual is employed by Nomura Structured Finance Services Private Limited to provide assistance to certain Nomura entities under inter-company agreements. The "BDO-NS" (which stands for "BDO Nomura Securities, Inc.") placed next to an analyst's name on the front page of a research report indicates that the analyst is employed by BDO Unibank Inc. ("BDO Unibank") who has been seconded to BDO-NS, to provide research assistance services to NSL under an agreement between BDO Unibank, NSL and BDO-NS. BDO-NS is a Philippines securities dealer, which is a joint venture between BDO Unibank and the Nomura Group. 'Verdhana' next to an individual's name on the front page of a research report indicates that the individual is employed by PT Verdhana Sekuritas Indonesia ('Verdhana') to provide research assistance to NIHK under a research partnership agreement and neither Verdhana nor such individual is licensed outside of Indonesia. THIS MATERIAL IS: (I) FOR YOUR PRIVATE INFORMATION, AND WE ARE NOT SOLICITING ANY ACTION BASED UPON IT; (II) NOT TO BE CONSTRUED AS AN OFFER TO SELL OR A SOLICITATION OF AN OFFER TO BUY ANY SECURITIES IN ANY JURISDICTION WHERE SUCH OFFER OR SOLICITATION WOULD BE ILLEGAL; AND (III) OTHER THAN DISCLOSURES RELATING TO THE NOMURA GROUP, BASED UPON INFORMATION FROM SOURCES THAT WE CONSIDER RELIABLE, BUT HAS NOT BEEN INDEPENDENTLY VERIFIED BY NOMURA GROUP.

Other than disclosures relating to the Nomura Group, the Nomura Group does not warrant, represent or undertake, express or implied, that the document is fair, accurate, complete, correct, reliable or fit for any particular purpose or merchantable, and to the maximum extent permissible by law and/or regulation, does not accept liability (in negligence or otherwise, and in whole or in part) for any act (or decision not to act) resulting from use of this document and related data. To the maximum extent permissible by law and/or regulation, all warranties and other assurances by the Nomura Group are hereby excluded and the Nomura Group shall have no liability (in negligence or otherwise, and in whole or in part) for any loss howsoever arising from the use, misuse, or distribution of this material or the information contained in this material or otherwise arising in connection therewith.

Opinions or estimates expressed are current opinions as of the original publication date appearing on this material and the information, including the opinions and estimates contained herein, are subject to change without notice. The Nomura Group, however, expressly disclaims any obligation, and therefore is under no duty, to update or revise this document. Any comments or statements made herein are those of the author(s) and may differ from views held by other parties within Nomura Group. Clients should consider whether any advice or recommendation in this report is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The Nomura Group does not provide tax advice.

The Nomura Group, and/or its officers, directors, employees and affiliates, may, to the extent permitted by applicable law and/or regulation, deal as principal, agent, or otherwise, or have long or short positions in, or buy or sell, the securities, commodities or instruments, or options or other derivative instruments based thereon, of issuers or securities mentioned herein. The Nomura Group companies may also act as market maker or liquidity provider (within the meaning of applicable regulations in the UK) in the financial instruments of the issuer. Where the activity of market maker is carried out in accordance with the definition given to it by specific laws and regulations of the US or other jurisdictions, this will be separately disclosed within the specific issuer disclosures.

This document may contain information obtained from third parties, including, but not limited to, ratings from credit ratings agencies such as Standard & Poor's. The Nomura Group hereby expressly disclaims all representations, warranties or undertakings of originality, fairness,

accuracy, completeness, correctness, merchantability or fitness for a particular purpose with respect to any of the information obtained from third parties contained in this material or otherwise arising in connection therewith, and shall not be liable (in negligence or otherwise, and in whole or in part) for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use or misuse of any of the information obtained from third parties contained in this material or otherwise arising in connection therewith. Reproduction and distribution of third-party content in any form is prohibited except with the prior written permission of the related third-party. Third-party content providers do not, express or implied, guarantee the fairness, accuracy, completeness, correctness, timeliness or availability of any information, including ratings, and are not in any way responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use or misuse of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Third-party content providers shall not be liable (in negligence or otherwise, and in whole or in part) for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use or misuse of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.
Any MSCI sourced information in this document is the exclusive property of MSCI Inc. ('MSCI'). Without prior written permission of MSCI, this information and any other MSCI intellectual property may not be duplicated, reproduced, re-disseminated, redistributed or used, in whole or in part, for any purpose whatsoever, including creating any financial products and any indices. This information is provided on an "as is" basis. The user assumes the entire risk of any use made of this information. MSCI, its affiliates and any third party involved in, or related to, computing or compiling the information hereby expressly disclaim all representations, warranties or undertakings of originality, fairness, accuracy, completeness, correctness, merchantability or fitness for a particular purpose with respect to any of this material or the information contained in this material or otherwise arising in connection therewith. Without limiting any of the foregoing, in no event shall MSCI, any of its affiliates or any third party involved in, or related to, computing or compiling the information have any liability (in negligence or otherwise, and in whole or in part) for any damages of any kind. MSCI and the MSCI indexes are services marks of MSCI and its affiliates.
The intellectual property rights and any other rights, in Russell/Nomura Japan Equity Index belong to Nomura Securities Co., Ltd. ("Nomura") and Frank Russell Company ("Russell"). Nomura and Russell do not guarantee fairness, accuracy, completeness, correctness, reliability, usefulness, marketability, merchantability or fitness of the Index, and do not account for business activities or services that any index user and/or its affiliates undertakes with the use of the Index.
Investors should consider this document as only a single factor in making their investment decision and, as such, the report should not be viewed as identifying or suggesting all risks, direct or indirect, that may be associated with any investment decision. Nomura Group produces a number of different types of research product including, among others, fundamental analysis and quantitative analysis; recommendations contained in one type of research product may differ from recommendations contained in other types of research product, whether as a result of differing time horizons, methodologies or otherwise. The Nomura Group publishes research product in a number of different ways including the posting of product on the Nomura Group portals and/or distribution directly to clients. Different groups of clients may receive different products and services from the research department depending on their individual requirements.
Figures presented herein may refer to past performance or simulations based on past performance which are not reliable indicators of future or likely performance. Where the information contains an expectation, projection or indication of future performance and business prospects, such forecasts may not be a reliable indicator of future or likely performance. Moreover, simulations are based on models and simplifying assumptions which may oversimplify and not reflect the future distribution of returns. Any figure, strategy or index created and published for illustrative purposes within this document is not intended for "use" as a "benchmark" as defined by the European Benchmark Regulation.
Certain securities are subject to fluctuations in exchange rates that could have an adverse effect on the value or price of, or income derived from, the investment.
With respect to Fixed Income Research: Recommendations fall into two categories: tactical, which typically last up to three months; or strategic, which typically last from 6-12 months. However, trade recommendations may be reviewed at any time as circumstances change. 'Stop loss' levels for trades are also provided; which, if hit, closes the trade recommendation automatically. Prices and yields shown in recommendations are taken at the time of submission for publication and are based on either indicative Bloomberg, Reuters or Nomura prices and yields at that time. The prices and yields shown are not necessarily those at which the trade recommendation can be implemented.
The securities described herein may not have been registered under the US Securities Act of 1933 (the '1933 Act'), and, in such case, may not be offered or sold in the US or to US persons unless they have been registered under the 1933 Act, or except in compliance with an exemption from the registration requirements of the 1933 Act. Unless governing law permits otherwise, any transaction should be executed via a Nomura entity in your home jurisdiction.
This document has been approved for distribution in the UK as investment research by NIplc. NIplc is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. NIplc is a member of the London Stock Exchange. This document does not constitute a personal recommendation within the meaning of applicable regulations in the UK, or take into account the particular investment objectives, financial situations, or needs of individual investors. This document is intended only for investors who are 'eligible counterparties' or 'professional clients' for the purposes of applicable regulations in the UK, and may not, therefore, be redistributed to persons who are 'retail clients' for such purposes.
This document has been approved for distribution in the European Economic Area as investment research by Nomura Financial Products Europe GmbH ("NFPE"). NFPE is a company organized as a limited liability company under German law registered in the Commercial Register of the Court of Frankfurt/Main under HRB 110223. NFPE is authorized and regulated by the German Federal Financial Supervisory Authority (BaFin).
This document has been approved by NIHK, which is regulated by the Hong Kong Securities and Futures Commission, for distribution in Hong Kong by NIHK. This document is intended only for investors who are 'professional investors' for the purposes of applicable regulations in Hong Kong and may not, therefore, be redistributed to persons who are not 'professional investors' for such purposes.
This document has been approved for distribution in Australia by NAL, which is authorized and regulated in Australia by the ASIC.
This document has also been approved for distribution in Malaysia by NSM.
In Singapore, this document has been distributed by NSL, an exempt financial adviser as defined under the Financial Advisers Act (Chapter 110), among other things, and regulated by the Monetary Authority of Singapore. NSL may distribute this document produced by its foreign affiliates pursuant to an arrangement under Regulation 32C of the Financial Advisers Regulations. Where the recipient of this document is not an accredited, expert or institutional investor as defined by the Securities and Futures Act (Chapter 289), NSL accepts legal responsibility for the contents of this document in respect of such recipient only to the extent required by law. Recipients of this document in Singapore should contact NSL in respect of matters arising from, or in connection with, this document. THIS DOCUMENT IS INTENDED FOR GENERAL CIRCULATION. IT DOES NOT TAKE INTO ACCOUNT THE SPECIFIC INVESTMENT OBJECTIVES, FINANCIAL SITUATION OR PARTICULAR NEEDS OF ANY PARTICULAR PERSON. RECIPIENTS SHOULD TAKE INTO ACCOUNT THEIR SPECIFIC INVESTMENT OBJECTIVES, FINANCIAL SITUATION OR PARTICULAR NEEDS BEFORE MAKING A COMMITMENT TO PURCHASE ANY SECURITIES, INCLUDING SEEKING ADVICE FROM AN INDEPENDENT FINANCIAL ADVISER REGARDING THE SUITABILITY OF THE INVESTMENT, UNDER A SEPARATE ENGAGEMENT, AS THE RECIPIENT DEEMS FIT.
Unless prohibited by the provisions of Regulation S of the 1933 Act, this material is distributed in the US, by NSI, a US-registered broker-dealer, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6, under the US Securities Exchange Act of 1934. The entity that prepared this document permits its separately operated affiliates within the Nomura Group to make copies of such documents available to their clients.
This document has not been approved for distribution to persons other than 'Authorised Persons', 'Exempt Persons' or 'Institutions' (as defined by the Capital Markets Authority) in the Kingdom of Saudi Arabia ('Saudi Arabia') or a 'Market Counterparty' or a 'Professional Client' (as defined by the Dubai Financial Services Authority) in the United Arab Emirates ('UAE') or a 'Market Counterparty' or a 'Business Customer' (as defined by the Qatar Financial Centre Regulatory Authority) in the State of Qatar ('Qatar') by Nomura Saudi Arabia, NIplc or any other member of the Nomura Group, as the case may be. Neither this document nor any copy thereof may be taken or transmitted or distributed, directly or indirectly, by any person other than those authorised to do so into Saudi Arabia or in the UAE or in Qatar or to any person other than 'Authorised Persons', 'Exempt Persons' or 'Institutions' located in Saudi Arabia or a 'Market Counterparty' or a 'Professional Client' in the UAE or a 'Market Counterparty' or a 'Business Customer' in Qatar. Any failure to comply with these restrictions may constitute a violation of the laws of the UAE or Saudi Arabia or Qatar.
For report with reference of TAIWAN public companies or authored by Taiwan based research analyst:
THIS DOCUMENT IS SOLELY FOR REFERENCE ONLY. You should independently evaluate the investment risks and are solely responsible for your investment decisions. NO PORTION OF THE REPORT MAY BE REPRODUCED OR QUOTED BY THE PRESS OR ANY OTHER PERSON WITHOUT WRITTEN AUTHORIZATION FROM NOMURA GROUP. Pursuant to Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers and/or other applicable laws or regulations in Taiwan, you are prohibited to provide the reports to others (including but not limited to related parties, affiliated companies and any other third parties) or engage in any activities in

Case 3:20-cv-09241-VC    Document 65-3    Filed 10/21/21    Page 14 of 14

connection with the reports which may involve conflicts of interests. INFORMATION ON SECURITIES / INSTRUMENTS NOT EXECUTABLE BY NOMURA INTERNATIONAL (HONG KONG) LTD., TAIPEI BRANCH IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT BE CONSTRUED AS A RECOMMENDATION OR A SOLICITATION TO TRADE IN SUCH SECURITIES / INSTRUMENTS.

This material may not be distributed in Indonesia or passed on within the territory of the Republic of Indonesia or to persons who are Indonesian citizens (wherever they are domiciled or located) or entities of or residents in Indonesia in a manner which constitutes a public offering under the laws of the Republic of Indonesia. The securities mentioned in this document may not be offered or sold in Indonesia or to persons who are citizens of Indonesia (wherever they are domiciled or located) or entities of or residents in Indonesia in a manner which constitutes a public offering under the laws of the Republic of Indonesia.

This document is prepared by Nomura Group or its subsidiary or affiliate (collectively, "Offshore Issuers") that is not licensed in the People's Republic of China ("PRC", excluding Hong Kong, Macau and Taiwan, for the purpose of this document) to provide securities research and this research report is not approved or intended to be circulated in the PRC. The A-share related analysis (if any) is not produced for any persons located or incorporated in the PRC. The recipients should not rely on any information contained in the research report in making investment decisions and Offshore Issuers take no responsibility in this regard.

NO PART OF THIS MATERIAL MAY BE (I) COPIED, PHOTOCOPIED, REPRODUCED OR DUPLICATED IN ANY FORM, BY ANY MEANS; OR (II) REDISSEMINATED, REPUBLISHED OR REDISTRIBUTED WITHOUT THE PRIOR WRITTEN CONSENT OF A MEMBER OF THE NOMURA GROUP. If this document has been distributed by electronic transmission, such as e-mail, then such transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability (in negligence or otherwise, and in whole or in part) for any errors or omissions in the contents of this document, which may arise as a result of electronic transmission. If verification is required, please request a hard-copy version.

The Nomura Group manages conflicts with respect to the production of research through its compliance policies and procedures (including, but not limited to, Conflicts of Interest, Chinese Wall and Confidentiality policies) as well as through the maintenance of Chinese Walls and employee training.

**Additional information regarding the methodologies or models used in the production of any investment recommendations contained within this document is available upon request by contacting the Research Analysts of Nomura listed on the front page. Disclosures information is available upon request and disclosure information is available at the Nomura Disclosure web page: http://go.nomuranow.com/research/globalresearchportal/pages/disclosures/disclosures.aspx**

The Nomura Group manages conflicts with respect to the production of research through its compliance policies and procedures (including, but not limited to, Conflicts of Interest, Chinese Wall and Confidentiality policies) as well as through the maintenance of Chinese Walls and employee training.

**Additional information regarding the methodologies or models used in the production of any investment recommendations contained within this document is available upon request by contacting the Research Analysts of Nomura listed on the front page. Disclosures information is available upon request and disclosure information is available at the Nomura Disclosure web page:**
http://go.nomuranow.com/research/globalresearchportal/pages/disclosures/disclosures.aspx

Copyright © 2020 Nomura International (Hong Kong) Ltd. All rights reserved.