# EXHIBIT D

# STIFEL

## ACM Research, Inc.

### ACMR – NASDAQ

**October 8, 2020**

Semiconductor Capital Equipment

**BUY**
**COMPANY UPDATE**

| Financial Summary | | |
| --- | --- | --- |
| Changes | Previous | Current |
| Rating | — | Buy |
| Target Price | — | $100.00 |
| FY20E Rev (net) | — | $150.0 |
| FY21E Rev (net) | — | $205.0 |
| FY20E EPS (net) | — | $0.95 |
| FY21E EPS (net) | — | $1.40 |

| | |
| --- | --- |
| Price ( 10/08/20 ): | $70.79 |
| 52-Week Range: | $114 - $13 |
| Market Cap.(mm): | $1,523.1 |
| Shr.O/S-Diluted (mm): | 21.5 |
| Enterprise Val. (mm): | $1,171.1 |
| Avg Daily Vol (3 Mo): | 427,757 |
| LT Debt/Total Cap.: | 38.4% |
| Net Cash/Share: | $2.82 |
| Dividend / Yield: | $0.00 / 0.0% |
| Book Value/Share: | $4.18 |

| EPS (net) | 2019A | 2020E | 2021E |
| --- | --- | --- | --- |
| Q1 | $0.14 | $0.11A | $0.14 |
| Q2 | $0.26 | $0.29A | $0.28 |
| Q3 | $0.55 | $0.31 | $0.43 |
| Q4 | $0.23 | $0.24 | $0.54 |
| FY (Dec) | $1.18A | $0.95 | $1.40 |
| P/E | 60.0x | 74.5x | 50.6x |

*Results and estimates exclude stock options.*

| Rev (net) | 2019A | 2020E | 2021E |
| --- | --- | --- | --- |
| Q1 | $20.5 | $24.3A | $38.8 |
| Q2 | $29.0 | $39.0A | $47.1 |
| Q3 | $33.4 | $44.5 | $55.6 |
| Q4 | $24.6 | $42.1 | $63.4 |
| Rev (net) | $107.5A | $150.0 | $205.0 |
| EV/Revenue | 10.9x | 7.8x | 5.7x |

**Price Performance**



# One is Entitled to an "Opinion" but the Truth is Based on Facts; Do Not be Misled by Disinformation

## Summary

On Thursday, shares of ACM Research were under pressure following the release of a report that cited the company was a "fraud" and provided what we believe is very weak evidence that would belie such a strong assessment of the company/stock. In our view, in today's very politicized environment, words and "opinions" are easily thrown around and if one expresses it "brashly," there is a view that it becomes "fact." We wanted to simply state that in our opinion, much of this report was misleading, propaganda-driven, and in some cases, erroneous. ur fundamental view of the company remains completely unchanged and we remain positive on the market opportunities ahead for the company. We believe its opportunities in China are vast and there is potential in other regions as well. We address some of this "propaganda" but strongly note our support for the company and the stock (and our Buy rating).

## Key Points

- One of this report's concerns was in its **gross margins**, which has recently been in the mid-to-high 40s range. Their assessment was that gross margins were "half at best," which implies mid-20s margins. Based on management's comments, it has consistently stated that it expects gross margins to range between 40-45%. We estimate its leading peers, like SCREEN and Tokyo Electron likely have clean gross margins in the mid-30s to 40% range. Hence, while ACM's gross margins appear modestly higher, gross margins are dictated by the value proposition provided to customers (which ultimately impacts price, which we will address in a moment). It has been noted by management that there is proprietary IP in its clean technology, and this aspect is what has led to its customer base in China (which includes many of the major players, particularly those at the leading edge in both memory and foundry/logic) and evaluations with leading multi-national chipmakers. The value proposition and the competitive environment are the key variables that drive gross margins. For example, process control, particularly wafer inspection, is very complex and is dominated by KLA Corp. Hence, KLA Corp. "averages" 60% gross margins (and in some product segments, likely higher). Etch is also a complex process, particularly at the leading edge, BUT is more competitive with the likes of Lam Research, Tokyo Electron, Applied Materials, and Hitachi. Hence, we project that etch can range anywhere from 40% to 50%+ for applications that are particularly challenging and limited options (such as those for high aspect ratio etch). In short, technology can provide differentiation and that factors into gross margins.

- The report also stated that the company overstates the **ASPs** of its systems. We believe this is more of the "misleading" part of its opinion on the name. We believe when management states the "average selling price" of a system, it is the actual market value for ONE system, which we believe is around the mid $3.0 million level. However, one of the key nuances in semiconductor equipment is volume buys typically lead to lower overall ASPs, particularly if the customer concentration is high within a limited set of customers. In ACM's case, its top four Chinese customers are the majority of its revenues, and it is highly likely that these customers are buying multiple systems for one or more lines. These "volume buys" will lower the ASPs for these customers (i.e. buying in volume will help reduce the price of the system). Depending on the customer mix, this could lead to a lower overall ASP when all is said and done.

**Patrick J. Ho** | (214) 647-3509 | pjho@stifel.com
**Brian Chin**, CFA | (281) 655-4015 | chinb@stifel.com
**Nicolas E. Doyle** | (949) 252-4798 | doylen@stifel.com
**Stifel Equity Trading Desk** | (800) 424-8870

**Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**All relevant disclosures and certifications appear on pages 4 - 6 of this report.**

**ACM Research, Inc.**

Company Update

**October 8, 2020**

**ACMR – NASDAQ**

Semiconductor Capital Equipment

*Investment Thesis*

*With the pullback in the stock due to concerns over the potential entity listing of Chinese foundry, SMIC, we believe shares of ACM Research are attractive on a valuation basis, validating our Buy rating. We also maintain a positive outlook on the long-term opportunities for the company. Fundamentally, our favorable bias on the name is based on: 1) increasing capital intensity trends in the wet clean market, 2) expansion of applications and share gain opportunities with new product introductions, 3) a good position to capitalize on growth in local Chinese semiconductor market, 4) a gross margin profile that is higher than the industry and its peers, 5) a clean balance sheet and improved cash flow generation, and 6) we believe ACM represents an attractive acquisition candidate.*

- In terms of **revenues**, the report suggests that they are overstated by 15-20%. We will provide a simple answer for any discrepancy between what is reported in the U.S. and what is reported in China. Revenue recognition on a U.S. GAAP basis is different from China accounting standards. In short, the results will not be the same between what is reported in China versus what is reported in the U.S.

- As far as **cash** and **cash flow**, the company had consistently stated that there was a portion that was "restricted" for a period of time (approximately $59 million) that would be "released" once it had completed the applications for the STAR IPO (which now has been completed). This cash was raised in a private equity financing in Shanghai in 2019. As far as cash flow, we acknowledge that there were clearly working capital disruptions in 1Q20 and 2Q20 due to the COVID-19 pandemic. Additionally, the company continues to build out its new manufacturing facility in China (which costs money) and it has been adding to the workforce (new employees means more money) as it grows. Moreover, the company has introduced several new products and this also likely impacts its working capital (in terms of both inventory, which likely rises and accounts receivables which likely take longer to collect given that these are new tools). In turn, we expect some cash burn in the near term. This would not be a surprise on our end, but clearly not a situation where the company is so-called "stressed" for cash.

**Target Price Methodology/Risks**

Our target price of $100 reflects 7.5x EV/Sales applied to our FY21 (Dec) revenue estimate. In addition to macroeconomic risks, company-specific risks include: 1) high exposure to China (which in the near term is experiencing intense trade relations with the US), 2) concentrated customer exposure (four customers make up the majority of its revenues), 3) competition (smaller scale versus much larger competitors), 4) volatility in its financial model due to its smaller scale, and 5) expansion into new markets.

**Company Description**

ACM Research, Inc. is a supplier of wet clean and electroplating solutions serving the semiconductor industry. The company has a majority of its operations in China (including two manufacturing facilities) and is a major presence in this emerging region. In the near term, we believe this presence in China is both a positive and a negative, given the current political climate and tensions on the trade front with the U.S.



**ACM Research** — Patrick Ho (214) 647-3509

Income Statement ($ in millions except per share data)
December Fiscal Year

| | 2019 1QA | 2QA | 3QA | 4QA | 2019A | 2020 1QA | 2QA | 3QE | 4QE | 2020E | 2021 1QE | 2QE | 3QE | 4QE | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | $20.5 | $29.0 | $33.4 | $24.6 | $107.5 | $24.3 | $39.0 | $44.5 | $42.1 | $150.0 | $38.8 | $47.1 | $55.6 | $63.4 | $205.0 |
| Cost of Revenues | $11.6 | $15.9 | $17.0 | $12.1 | $56.6 | $14.1 | $19.7 | $25.4 | $24.2 | $83.3 | $22.3 | $26.8 | $31.4 | $35.6 | $116.2 |
| Stock Based Compensation | $0.0 | $0.0 | $0.2 | $0.0 | $0.3 | $0.0 | $0.0 | $0.0 | $0.0 | $0.1 | $0.0 | $0.0 | $0.0 | $0.0 | $0.1 |
| **Gross Profit (incl. stock based compensation)** | $8.8 | $13.1 | $16.3 | $12.4 | $50.7 | $10.2 | $19.4 | $19.1 | $17.9 | $66.6 | $16.5 | $20.3 | $24.2 | $27.8 | $88.7 |
| | | | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | | | |
| Research & Development | $2.7 | $3.3 | $3.7 | $3.1 | $12.8 | $3.5 | $5.0 | $5.4 | $5.3 | $19.2 | $5.3 | $5.6 | $5.7 | $5.6 | $22.1 |
| Sales and Marketing | $1.8 | $2.8 | $2.7 | $3.1 | $10.5 | $2.9 | $4.4 | $4.7 | $4.8 | $16.8 | $5.2 | $5.2 | $5.5 | $6.0 | $21.8 |
| General & Administration | $1.3 | $1.8 | $1.4 | $1.7 | $6.2 | $2.0 | $1.7 | $2.0 | $2.7 | $8.4 | $3.5 | $3.5 | $3.2 | $3.5 | $13.7 |
| StockOptions Expense | $0.7 | $0.6 | $1.4 | $0.6 | $3.3 | $0.6 | $0.9 | $0.8 | $0.7 | $3.0 | $0.8 | $0.8 | $0.8 | $0.8 | $3.2 |
| Total Operating Expense | $6.6 | $8.5 | $9.2 | $8.6 | $32.9 | $9.0 | $12.1 | $12.9 | $13.4 | $47.4 | $14.8 | $15.1 | $15.1 | $15.9 | $60.9 |
| | | | | | | | | | | | | | | | |
| **Operating Income (incl. stock based compensation)** | $2.3 | $4.7 | $7.0 | $3.8 | $17.8 | $1.2 | $7.3 | $6.2 | $4.5 | $19.3 | $1.7 | $5.2 | $9.1 | $11.9 | $27.9 |
| **Operating Income (excl. stock based compensation)** | $3.0 | $5.3 | $8.4 | $4.5 | $21.1 | $1.9 | $8.1 | $7.0 | $5.2 | $22.2 | $2.5 | $6.0 | $9.9 | $12.7 | $31.1 |
| | | | | | | | | | | | | | | | |
| Interest Income | $0.0 | $0.0 | $0.1 | $0.2 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $1.3 | $0.3 | $0.3 | $0.3 | $0.3 | $1.3 |
| Interest Expense | ($0.1) | ($0.2) | ($0.2) | ($0.2) | ($0.7) | ($0.1) | ($0.2) | ($0.1) | ($0.1) | ($0.5) | ($0.1) | ($0.1) | ($0.1) | ($0.1) | ($0.4) |
| Other (Expense) | ($0.3) | $0.5 | $1.9 | ($0.7) | $1.4 | $0.7 | $0.1 | $0.7 | $0.7 | $2.2 | $0.7 | $0.7 | $0.7 | $0.7 | $2.7 |
| Equity Income in Net Income of Affiliates | $0.1 | $0.2 | ($0.0) | ($0.1) | $0.2 | ($0.1) | $0.2 | $0.0 | $0.0 | $0.1 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Other Income (Expense)** | ($0.3) | $0.5 | $1.7 | ($0.8) | $1.1 | $0.8 | $0.5 | $0.9 | $0.9 | $3.0 | $0.9 | $0.9 | $0.9 | $0.9 | $3.6 |
| | | | | | | | | | | | | | | | |
| Pretax Income | $2.0 | $5.2 | $8.8 | $3.0 | $18.9 | $2.0 | $7.7 | $7.1 | $5.4 | $22.3 | $2.6 | $6.1 | $10.0 | $12.8 | $31.5 |
| Income Tax (Benefit) | $0.1 | $0.9 | $0.3 | ($1.3) | $0.0 | $0.3 | $2.7 | $1.1 | $0.9 | $5.0 | $0.3 | $0.6 | $1.0 | $1.3 | $3.1 |
| | | | | | | | | | | | | | | | |
| **Net Income From Operations (incl. stock based compensation)** | $1.9 | $4.3 | $8.7 | $4.1 | $19.0 | $1.7 | $5.1 | $6.0 | $4.5 | $17.3 | $2.4 | $5.5 | $9.0 | $11.5 | $28.3 |
| **Net Income From Operations (excl. stock based compensation)** | $2.6 | $4.9 | $10.6 | $4.6 | $22.7 | $2.4 | $6.0 | $6.8 | $5.2 | $20.3 | $3.2 | $6.3 | $9.8 | $12.3 | $31.6 |
| | | | | | | | | | | | | | | | |
| Foreign Currency Adjustment | $0.7 | ($1.0) | ($2.6) | $2.0 | ($0.9) | ($1.9) | $0.2 | $0.1 | $0.1 | ($1.4) | $0.1 | $0.1 | $0.1 | $0.1 | $0.4 |
| Comprehensive income (loss) attributable to non-controlling interests | $0.0 | $0.0 | $0.3 | ($0.2) | $0.1 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| | | | | | | | | | | | | | | | |
| **Total comprehensive income (loss) attributable to ACM Research (including stock options)** | $2.5 | $3.3 | $6.5 | $5.9 | $18.3 | ($0.2) | $5.3 | $6.1 | $4.6 | $15.8 | $2.5 | $5.6 | $9.1 | $11.6 | $28.7 |
| **Total comprehensive income (loss) attributable to ACM Research (excluding stock options)** | $3.3 | $4.0 | $8.3 | $6.4 | $22.0 | $0.5 | $6.2 | $6.9 | $5.3 | $18.9 | $3.3 | $6.4 | $9.9 | $12.4 | $32.1 |
| | | | | | | | | | | | | | | | |
| Shares Outstanding (Basic) | 16.0 | 16.1 | 17.0 | 18.0 | 16.8 | 18.1 | 18.1 | 18.2 | 18.3 | 18.2 | 18.4 | 17.7 | 17.6 | 18.6 | 18.1 |
| Shares Outstanding (Diluted) | 18.2 | 18.6 | 19.4 | 20.4 | 19.1 | 21.1 | 21.5 | 21.7 | 22.0 | 21.6 | 22.2 | 22.4 | 22.6 | 22.8 | 22.5 |
| | | | | | | | | | | | | | | | |
| **Continuing Operating EPS (Diluted- excl. stock options expensing)** | $0.14 | $0.26 | $0.55 | $0.23 | $1.18 | $0.11 | $0.29 | $0.31 | $0.24 | $0.95 | $0.14 | $0.28 | $0.43 | $0.54 | $1.40 |
| | | | | | | | | | | | | | | | |
| Extraordinary Items | $0.0 | $0.0 | $0.0 | ($0.7) | ($0.7) | $0.0 | ($6.0) | $0.0 | $0.0 | ($6.0) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| | | | | | | | | | | | | | | | |
| **Reported Net Income** | $1.9 | $4.3 | $10.6 | $3.9 | $20.7 | $1.7 | ($0.1) | $6.8 | $5.2 | $13.6 | $2.4 | $6.3 | $9.8 | $12.3 | $30.8 |
| **Reported EPS** | $0.10 | $0.23 | $0.55 | $0.19 | $1.08 | $0.08 | ($0.00) | $0.31 | $0.24 | $0.63 | $0.11 | $0.28 | $0.43 | $0.54 | $1.36 |
| | | | | | | | | | | | | | | | |
| **As a % of Revenue** | | | | | | | | | | | | | | | |
| Gross Margin | 43.1% | 45.3% | 48.6% | 50.6% | 47.1% | 42.0% | 49.6% | 43.0% | 42.5% | 44.4% | 42.5% | 43.0% | 43.5% | 43.8% | 43.3% |
| Research & Development | 13.1% | 11.4% | 11.1% | 12.8% | 11.9% | 14.3% | 12.9% | 12.2% | 12.5% | 12.8% | 13.7% | 11.8% | 10.2% | 8.8% | 10.8% |
| Selling and Marketing | 9.0% | 9.8% | 8.2% | 12.8% | 9.8% | 12.0% | 11.3% | 10.6% | 11.3% | 11.2% | 13.3% | 11.0% | 9.8% | 9.5% | 10.6% |
| General & Administration | 6.6% | 6.1% | 4.1% | 6.8% | 5.7% | 8.1% | 4.5% | 4.4% | 6.4% | 5.6% | 9.0% | 7.5% | 5.7% | 5.5% | 6.7% |
| Operating Income (excl. stock-based compensation) | 11.0% | 16.1% | 21.0% | 15.6% | 16.5% | 5.0% | 18.7% | 14.0% | 10.7% | 12.8% | 4.4% | 11.0% | 16.4% | 18.7% | 13.6% |
| Pretax Income | 9.6% | 17.9% | 26.2% | 12.3% | 17.6% | 8.3% | 19.8% | 16.0% | 12.9% | 14.9% | 6.7% | 12.9% | 18.0% | 20.1% | 15.3% |
| Tax Rate (% of Pretax Income) | 6.0% | 16.9% | 3.7% | -42.4% | 0.2% | 15.1% | 34.6% | 16.0% | 17.0% | 22.6% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% |
| Net Income | 12.7% | 17.0% | 31.7% | 18.7% | 21.1% | 9.8% | 15.3% | 15.3% | 12.3% | 13.6% | 8.2% | 13.4% | 17.7% | 19.4% | 15.4% |
| | | | | | | | | | | | | | | | |
| **Y/Y Growth** | | | | | | | | | | | | | | | |
| Revenue | 110% | 39% | 44% | 18% | 44% | 19% | 35% | 33% | 71% | 40% | 59% | 21% | 25% | 51% | 37% |
| Operating Expenses | -6% | 32% | 34% | 12% | 17% | 37% | 42% | 40% | 56% | 44% | 64% | 25% | 17% | 19% | 29% |
| Continuing Operating EPS | -463% | 41% | 133% | 38% | 130% | -20% | 9% | -43% | 4% | -20% | 26% | -2% | 39% | 129% | 47% |
| | | | | | | | | | | | | | | | |
| **Q/Q Growth** | | | | | | | | | | | | | | | |
| Revenue | -2% | 42% | 15% | -26% | NA | -1% | 60% | 14% | -5% | NA | -8% | 21% | 18% | 14% | NA |
| Operating Expenses | -14% | 29% | 9% | -7% | NA | 5% | 34% | 7% | 4% | NA | 10% | 2% | 0% | 5% | NA |
| Continuing Operating EPS | -13% | 86% | 107% | -59% | NA | -50% | 154% | 9% | -25% | NA | -39% | 97% | 54% | 24% | NA |

*Source: Company Reports and Stifel estimates*

Case 3:20-cv-09241-VC Document 65-4 Filed 10/21/21 Page 4 of 7

STIFEL

**ACM Research, Inc.**

Company Update

**October 8, 2020**

ACMR – NASDAQ

Semiconductor Capital Equipment

## Important Disclosures and Certifications

We, Patrick J. Ho and Brian Chin, certify that our respective views expressed in this research report accurately reflect our respective personal views about the subject securities or issuers; and we, Patrick J. Ho and Brian Chin, certify that no part of our compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report. Our European Policy for Managing Research Conflicts of Interest is available at www.stifel.com/institutional/ImportantDisclosures

### ACM Research, Inc. (ACMR) as of October 08, 2020 (in USD)



*Represents the value(s) that changed.

Buy=B; Hold=H; Sell=S; Discontinued=D; Suspended=SU; Discontinued=D; Initiation=I

**For a price chart with our ratings and target price changes for ACMR go to**
**http://stifel2.bluematrix.com/sellside/Disclosures.action?ticker=ACMR**

Stifel or an affiliate expects to receive or intends to seek compensation for investment banking services from ACM Research, Inc. in the next 3 months.

Stifel or an affiliate is a market maker or liquidity provider in the securities of ACM Research, Inc..

The equity research analyst(s) responsible for the preparation of this report receive(s) compensation based on various factors, including Stifel's overall revenue, which includes investment banking revenue.

Our investment rating system is three tiered, defined as follows:

**BUY** -We expect a total return of greater than 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**HOLD** -We expect a total return between -5% and 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**SELL** -We expect a total return below -5% over the next 12 months with total return equal to the percentage price change plus dividend yield.

Occasionally, we use the ancillary rating of **SUSPENDED** (SU) to indicate a long-term suspension in rating and/or target price, and/or coverage due to applicable regulations or Stifel policies. Alternatively, **SUSPENDED** may indicate the analyst is unable to determine a "reasonable basis" for rating/target price or estimates due to lack of publicly available information or the inability to quantify the publicly available information provided by the company and it is unknown when the outlook will be clarified. **SUSPENDED** may also be used when an analyst has left the firm.

Of the securities we rate, 52% are rated Buy, 31% are rated Hold, 2% are rated Sell and 15% are rated Suspended.

Within the last 12 months, Stifel or an affiliate has provided investment banking services for 21%, 5%, 5% and 7% of the companies whose shares are rated Buy, Hold, Sell and Suspended, respectively.

Within the last 12 months, Stifel or an affiliate has provided material services for 37%, 17%, 35% and 14% of the companies whose shares are rated Buy, Hold, Sell and Suspended, respectively.

### Additional Disclosures

Please visit the Research Page at www.stifel.com for the current research disclosures and respective target price methodology applicable to the companies mentioned in this publication that are within Stifel's coverage universe. For a discussion of risks to target price including basis of valuation or methodology please see our stand-alone company reports and notes for all stocks.



**ACM Research, Inc.**

Company Update
**ACMR – NASDAQ**
**October 8, 2020**
Semiconductor Capital Equipment

The information contained herein has been prepared from sources believed to be reliable but is not guaranteed by us and is not a complete summary or statement of all available data, nor is it considered an offer to buy or sell any securities referred to herein. Opinions expressed are subject to change without notice and do not take into account the particular investment objectives, financial situation or needs of individual investors. Employees of Stifel, or its affiliates may, at times, release written or oral commentary, technical analysis or trading strategies that differ from the opinions expressed within. Stifel or any of its affiliates may have positions in the securities mentioned and may make purchases or sales of such securities from time to time in the open market or otherwise and may sell to or buy from customers such securities on a principal basis; such transactions may be contrary to recommendations in this report. Past performance should not and cannot be viewed as an indicator of future performance.

As a multi-disciplined financial services firm, Stifel regularly seeks investment banking assignments and compensation from issuers for services including, but not limited to, acting as an underwriter in an offering or financial advisor in a merger or acquisition, or serving as a placement agent in private transactions.

**Affiliate Disclosures**

References to "**Stifel**" (collectively "**Stifel**") refer to **SFC** and other associated affiliated subsidiaries including (i) Stifel, Nicolaus & Company, Incorporated ("**SNC**"); (ii) Keefe, Bruyette & Woods, Incorporated ("**KBWI**"), which are both U.S. broker-dealers registered with the United States Securities and Exchange Commission ("**SEC**") and members of the Financial Industry National Regulatory Authority ("**FINRA**"), respectively; (iii) Stifel Nicolaus Europe Limited ("**SNEL**"), which is authorised and regulated by the United Kingdom Financial Conduct Authority ("**FCA**") (FRN 190412) and is a member of the London Stock Exchange and also trades under the name Keefe, Bruyette & Woods Europe ("**KBW Europe**"); (iv) our MainFirst affiliates (collectively "**MAINFIRST**"): MainFirst Bank AG, which is regulated by the German Federal Financial Services Authority (Bundesanstalt für Finanzdienstleistungsaufsicht; "**BaFin**"), MainFirst Schweiz AG, which is regulated by the Eidgenössische Finanzmarktaufsicht ("**FINMA**"), and MainFirst Securities US Inc. which is a U.S. broker-dealer registered with the SEC and member of FINRA; and (v) Stifel Nicolaus Canada, Incorporated. ("**Stifel Canada**"), which is authorised and regulated by Investment Industry Regulatory Organization of Canada ("**IIROC**"), and also trades under the names "Stifel GMP" and/or "Stifel First Energy".

**Registration of non-US Analysts:** Any non-US research analyst employed by SNEL contributing to this report is not registered/qualified as a research analyst with FINRA and is not an associated person of the US broker-dealer and therefore may not be subject to FINRA Rule 2241 restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account.

**Global Research Notes:** Stifel Global Research (Cross-Border Research) notes are intended for use only by Institutional or Professional Clients. Research analysts contributing content to these reports are subject to different regulatory requirements based on the jurisdiction in which they operate. Clients seeking additional information should contact the Stifel entity through which they conduct business.

**MAINFIRST Sponsored research:**

At MAINFIRST, analysts may produce issuer paid research ('sponsored research'). This research is produced by analysts in accordance with local regulatory requirements relating to such research. In certain jurisdictions, this issuer paid research may be deemed to be independent research albeit not produced to the same conflicts of interest standards required by all jurisdictions for independent research. Where research has been paid for by an issuer, this will be clearly labelled. Please see our European Policy for Managing Research Conflicts of Interest for additional information.

**Country Specific and Jurisdictional Disclosures**

**United States:** Research produced and distributed by SNEL is distributed by SNEL to "Major US Institutional Investors" as defined in Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. SNC may also distribute research prepared by SNEL directly to US clients, including US clients that are not Major US Institutional Investors. In these instances, SNC accepts responsibility for the content. SNEL is a non-US broker-dealer and accordingly, any transaction by a US client in the securities discussed in the document must be effected by SNC. US clients wishing to place an order should contact their SNC representative.

**UK and European Economic Area (EEA):** This report is distributed in the EEA by SNEL, which is authorized and regulated in the United Kingdom by the FCA. In these instances, SNEL accepts responsibility for the content. Research produced by SNEL is not intended for use by and should not be made available to non-professional clients.

The complete preceding 12-month recommendations history related to recommendation(s) in this research report is available at https://stifel2.bluematrix.com/sellside/MAR.action

**Brunei:** This document has not been delivered to, registered with or approved by the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance or the Autoriti Monetari Brunei Darussalam. This document and the information contained within will not be registered with any relevant Brunei Authorities under the relevant securities laws of Brunei Darussalam. The interests in the document have not been and will not be offered, transferred, delivered or sold in or from any part of Brunei Darussalam. This document and the information contained within is strictly private and confidential and is being distributed to a limited number of accredited investors, expert investors and institutional investors under the Securities Markets Order, 2013 ("Relevant Persons") upon their request and confirmation that they fully understand that neither the document nor the information contained within have been approved or licensed by or registered with the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies,



the Brunei Darussalam Ministry of Finance, the Autoriti Monetari Brunei Darussalam or any other relevant governmental agencies within Brunei Darussalam. This document and the information contained within must not be acted on or relied on by persons who are not Relevant Persons. Any investment or investment activity to which the document or information contained within is only available to, and will be engaged in only with Relevant Persons.

**Canadian Distribution:** Research produced by SNEL is distributed in Canada by SNC in reliance on the international dealer exemption. This material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "permitted client" as defined under applicable Canadian securities law.

**Republic of South Africa:** Research produced by SNEL is distributed by SNEL to "Clients" as defined in FSCA FAIS Notice 20 of 2018 (the "FAIS Notice") issued by the Financial Services Conduct Authority. Research distributed by SNEL is pursuant to an exemption from the licensing requirements under Section 7(1) of the Financial Advisory and Intermediary Services Act, 2002.

In jurisdictions where Stifel is not already licensed or registered to trade securities, transactions will only be affected in accordance with local securities legislation which will vary from jurisdiction to jurisdiction and may require that a transaction is carried out in accordance with applicable exemptions from registration and licensing requirements. Non-US customers wishing to effect transactions should contact a representative of the Stifel entity in their regional jurisdiction except where governing law permits otherwise. US customers wishing to effect transactions should contact their US salesperson.

The recommendation contained in this report was produced at 8 October 2020 22:59EDT and disseminated at 8 October 2020 22:59EDT.

**Additional Information Is Available Upon Request**

© 2020 Stifel. This report is produced for the use of Stifel customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Stifel. Stifel, Nicolaus & Company, Incorporated, One South Street, Baltimore, MD 21202.

