# EXHIBIT E

ACM Research, Inc. (ACMR) and NASDAQ (NDX)
Historical Daily Prices from Nasdaq.com
for the Time Period of  January 2, 2020 - March 31, 2021

| Date | ACMR | | | | | NASDAQ | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Close/Last | Volume | Open | High | Low | Close/Last | Open | High | Low |
| 1/2/2020 | $18.93 | 160416 | $18.73 | $19.29 | $18.51 | 9092.19 | 9039.46 | 9093.43 | 9010.89 |
| 1/3/2020 | $19.10 | 115340 | $18.58 | $19.25 | $18.45 | 9020.77 | 8976.43 | 9065.76 | 8976.43 |
| 1/6/2020 | $21 | 618760 | $18.91 | $21.79 | $18.90 | 9071.46 | 8943.5 | 9072.41 | 8943.5 |
| 1/7/2020 | $24.50 | 933731 | $21.44 | $24.71 | $21.24 | 9068.58 | 9076.64 | 9091.93 | 9042.55 |
| 1/8/2020 | $24.78 | 889699 | $24.45 | $26.29 | $24.44 | 9129.24 | 9068.03 | 9168.89 | 9059.38 |
| 1/9/2020 | $23.48 | 519883 | $24.86 | $25 | $22.37 | 9203.43 | 9202.27 | 9215.95 | 9158.5 |
| 1/10/2020 | $23.63 | 196331 | $23.50 | $24.42 | $23.33 | 9178.86 | 9232.94 | 9235.2 | 9164.66 |
| 1/13/2020 | $26.28 | 639043 | $24.15 | $26.43 | $24.15 | 9273.93 | 9213.72 | 9274.49 | 9193.06 |
| 1/14/2020 | $31.59 | 1253911 | $27 | $31.83 | $27 | 9251.33 | 9270.61 | 9298.33 | 9226.49 |
| 1/15/2020 | $35.15 | 2232858 | $31.59 | $36.70 | $30.72 | 9258.7 | 9253.76 | 9298.82 | 9231.14 |
| 1/16/2020 | $36.31 | 1204108 | $35.55 | $37.62 | $35.45 | 9357.13 | 9313.45 | 9357.92 | 9301.32 |
| 1/17/2020 | $36.09 | 870191 | $36 | $36.37 | $32.35 | 9388.94 | 9392.37 | 9393.48 | 9346.81 |
| 1/21/2020 | $42.67 | 1340969 | $35.99 | $42.69 | $35 | 9370.81 | 9361.07 | 9397.58 | 9350.2 |
| 1/22/2020 | $48.51 | 2774046 | $46 | $51.20 | $43.58 | 9383.77 | 9413.61 | 9439.29 | 9375.13 |
| 1/23/2020 | $40.26 | 1771703 | $46.67 | $46.97 | $39.77 | 9402.48 | 9377.72 | 9409.2 | 9334.13 |
| 1/24/2020 | $35.71 | 1787981 | $41.84 | $41.87 | $35 | 9314.91 | 9446.2 | 9451.43 | 9273.23 |
| 1/27/2020 | $37.57 | 1367889 | $33.01 | $38.80 | $32.50 | 9139.31 | 9092.46 | 9185.45 | 9088.04 |
| 1/28/2020 | $38.07 | 938316 | $39.78 | $42.95 | $36.53 | 9269.68 | 9201.82 | 9288.87 | 9182.33 |
| 1/29/2020 | $37.04 | 448234 | $37.80 | $39.24 | $35.72 | 9275.16 | 9318.26 | 9329.11 | 9249.04 |
| 1/30/2020 | $36.04 | 606707 | $36.46 | $36.84 | $35.10 | 9298.93 | 9211.15 | 9303 | 9185.18 |
| 1/31/2020 | $34.74 | 474782 | $36 | $36 | $33.25 | 9150.94 | 9284.93 | 9324.8 | 9123.22 |
| 2/3/2020 | $35.53 | 669942 | $34.89 | $38.99 | $34.50 | 9273.4 | 9190.72 | 9299.85 | 9188.55 |
| 2/4/2020 | $38.35 | 597184 | $37.30 | $39.08 | $36.60 | 9467.97 | 9398.39 | 9485.38 | 9374.05 |
| 2/5/2020 | $35.35 | 546251 | $40.02 | $40.20 | $34.78 | 9508.68 | 9574.1 | 9574.94 | 9454.93 |
| 2/6/2020 | $37 | 522107 | $35.96 | $38.39 | $35.35 | 9572.15 | 9540.98 | 9575.66 | 9505.68 |
| 2/7/2020 | $36.03 | 556085 | $37.40 | $37.73 | $35.47 | 9520.51 | 9526.64 | 9570.09 | 9496.53 |
| 2/10/2020 | $41.59 | 1098438 | $36.06 | $42 | $35.86 | 9628.39 | 9493.63 | 9628.66 | 9493.63 |
| 2/11/2020 | $39.31 | 1474366 | $42.76 | $43.29 | $37.31 | 9638.94 | 9680.89 | 9714.74 | 9617.21 |
| 2/12/2020 | $40.76 | 560180 | $39.72 | $41 | $38.53 | 9725.96 | 9688.6 | 9728.77 | 9666.68 |
| 2/13/2020 | $38.70 | 472217 | $40.72 | $40.72 | $38.30 | 9711.97 | 9657.04 | 9748.32 | 9650.02 |
| 2/14/2020 | $39.10 | 275598 | $38.86 | $39.48 | $38.06 | 9731.18 | 9728.9 | 9746.36 | 9693.05 |
| 2/18/2020 | $41.83 | 1258293 | $40.01 | $42.76 | $39.87 | 9732.74 | 9679.04 | 9747.68 | 9675.8 |
| 2/19/2020 | $39.92 | 1385516 | $42.39 | $46.39 | $39.68 | 9817.18 | 9782.81 | 9838.37 | 9777.1 |
| 2/20/2020 | $42.65 | 705863 | $40.43 | $43.10 | $40.23 | 9750.96 | 9799.2 | 9820.86 | 9636.94 |
| 2/21/2020 | $38.72 | 626936 | $42.93 | $43.58 | $38.55 | 9576.59 | 9708.01 | 9715.95 | 9542.33 |
| 2/24/2020 | $38.26 | 661291 | $36.40 | $39.69 | $34.88 | 9221.28 | 9188.44 | 9322.88 | 9166.01 |
| 2/25/2020 | $37.50 | 527577 | $38.95 | $39.64 | $36.07 | 8965.61 | 9301.2 | 9315.26 | 8940.49 |
| 2/26/2020 | $37.36 | 289056 | $36.96 | $38.24 | $36.51 | 8980.77 | 9011.55 | 9148.32 | 8927.8 |
| 2/27/2020 | $35.11 | 638700 | $35 | $36.30 | $33.91 | 8566.48 | 8744.03 | 8904.11 | 8562.05 |
| 2/28/2020 | $34.95 | 570675 | $33.27 | $35.36 | $32.13 | 8567.37 | 8269.74 | 8591.82 | 8264.16 |
| 3/2/2020 | $36.67 | 319655 | $35.56 | $36.68 | $33.70 | 8952.16 | 8667.14 | 8952.81 | 8543.35 |
| 3/3/2020 | $35.56 | 523997 | $36.99 | $37.28 | $34.67 | 8684.09 | 8965.1 | 9070.32 | 8602.89 |
| 3/4/2020 | $35.70 | 258870 | $36.12 | $36.84 | $35 | 9018.09 | 8834.1 | 9019.96 | 8757.66 |
| 3/5/2020 | $35.29 | 269223 | $34.89 | $36.22 | $34.59 | 8738.6 | 8790.09 | 8921.08 | 8677.39 |
| 3/6/2020 | $32.03 | 527351 | $34.50 | $34.60 | $30.94 | 8575.62 | 8469.02 | 8612.36 | 8375.13 |

ACM Research, Inc. (ACMR) and NASDAQ (NDX)
Historical Daily Prices from Nasdaq.com
for the Time Period of January 2, 2020 - March 31, 2021

| Date | Close/Last | Volume | Open | High | Low | Close/Last | Open | High | Low |
|---|---|---|---|---|---|---|---|---|---|
| 3/9/2020 | $27.01 | 565619 | $28.26 | $29.31 | $27 | 7950.68 | 7957.93 | 8243.31 | 7943.16 |
| 3/10/2020 | $26.79 | 944701 | $28 | $29.30 | $26.11 | 8344.25 | 8219.76 | 8347.4 | 7930.43 |
| 3/11/2020 | $25.60 | 642597 | $27.22 | $27.22 | $24.80 | 7952.05 | 8136.25 | 8181.36 | 7850.95 |
| 3/12/2020 | $23.43 | 597597 | $25 | $25.46 | $22.28 | 7201.8 | 7398.58 | 7712.33 | 7194.67 |
| 3/13/2020 | $22.87 | 582177 | $25.42 | $26.39 | $21.53 | 7874.88 | 7610.39 | 7875.93 | 7219.09 |
| 3/16/2020 | $21.01 | 520697 | $19.15 | $21.89 | $18.97 | 6904.59 | 7392.73 | 7422.2 | 6882.86 |
| 3/17/2020 | $24.02 | 574809 | $21.44 | $24.92 | $20.46 | 7334.78 | 7072 | 7406.23 | 6828.91 |
| 3/18/2020 | $17.25 | 838440 | $22.14 | $22.85 | $15.95 | 6989.84 | 6902.32 | 7182.83 | 6686.36 |
| 3/19/2020 | $20.50 | 1269387 | $21.95 | $21.95 | $18.57 | 7150.58 | 6996.45 | 7341.38 | 6858.38 |
| 3/20/2020 | $22.07 | 900775 | $21.84 | $24.06 | $21.67 | 6879.52 | 7248.07 | 7354.44 | 6854.67 |
| 3/23/2020 | $26.22 | 975299 | $22.42 | $26.97 | $21.53 | 6860.67 | 6847.28 | 6984.94 | 6631.42 |
| 3/24/2020 | $28.24 | 1029847 | $28.33 | $31.46 | $27.11 | 7417.86 | 7196.15 | 7418.37 | 7169.86 |
| 3/25/2020 | $27.70 | 573270 | $28.36 | $29.90 | $27.10 | 7384.3 | 7421.36 | 7671.21 | 7276.4 |
| 3/26/2020 | $29.90 | 600889 | $28.05 | $30.01 | $28.05 | 7797.54 | 7462.21 | 7809.82 | 7462.21 |
| 3/27/2020 | $28.38 | 337094 | $28.10 | $29.25 | $27.44 | 7502.38 | 7554.25 | 7716.24 | 7491.13 |
| 3/30/2020 | $29.99 | 379011 | $28.43 | $30.30 | $27.91 | 7774.15 | 7583.46 | 7784.35 | 7539.97 |
| 3/31/2020 | $29.61 | 522614 | $30 | $30.60 | $28.89 | 7700.1 | 7740.06 | 7880.31 | 7642.86 |
| 4/1/2020 | $27.34 | 361432 | $28.35 | $29.12 | $26.88 | 7360.58 | 7459.5 | 7566.37 | 7301.98 |
| 4/2/2020 | $27.52 | 258754 | $27.18 | $28.62 | $26.80 | 7487.31 | 7317.45 | 7501.7 | 7307.95 |
| 4/3/2020 | $27.20 | 240553 | $27.50 | $27.81 | $25.66 | 7373.08 | 7477.27 | 7518.72 | 7288.11 |
| 4/6/2020 | $32.55 | 709830 | $27.88 | $32.72 | $27.31 | 7913.24 | 7660.17 | 7938.33 | 7617.79 |
| 4/7/2020 | $33.25 | 589678 | $33 | $34.74 | $31.78 | 7887.26 | 8129.99 | 8146.43 | 7881.22 |
| 4/8/2020 | $34.88 | 539931 | $34 | $35.22 | $33.47 | 8090.9 | 7975.72 | 8114.43 | 7901.94 |
| 4/9/2020 | $33.08 | 376230 | $35.17 | $35.94 | $32.49 | 8153.58 | 8169.01 | 8227.91 | 8072.32 |
| 4/13/2020 | $33.28 | 306304 | $33.21 | $33.29 | $31.61 | 8192.42 | 8127.69 | 8200.44 | 8035.95 |
| 4/14/2020 | $34.59 | 476540 | $34 | $36.59 | $34 | 8515.74 | 8353.21 | 8531.11 | 8338.09 |
| 4/15/2020 | $33.48 | 272536 | $34.84 | $34.98 | $32.15 | 8393.18 | 8355.96 | 8464.66 | 8308.79 |
| 4/16/2020 | $35.73 | 327464 | $33.57 | $35.79 | $33.57 | 8532.36 | 8479.11 | 8560.16 | 8393.27 |
| 4/17/2020 | $36.07 | 318915 | $36.50 | $38.02 | $35.58 | 8650.14 | 8667.48 | 8670.3 | 8531.69 |
| 4/20/2020 | $36.03 | 211478 | $35.50 | $37.91 | $35.50 | 8560.73 | 8553.37 | 8684.91 | 8553.37 |
| 4/21/2020 | $33.33 | 343695 | $35.50 | $35.80 | $32.77 | 8263.23 | 8460.69 | 8480.29 | 8215.69 |
| 4/22/2020 | $37.09 | 298980 | $34.55 | $37.28 | $34.55 | 8495.38 | 8434.55 | 8537.31 | 8404.54 |
| 4/23/2020 | $35.83 | 288639 | $36.86 | $37.41 | $35.24 | 8494.75 | 8528.84 | 8635.22 | 8475.2 |
| 4/24/2020 | $36.50 | 332056 | $36.03 | $36.68 | $34.50 | 8634.52 | 8530.08 | 8642.93 | 8464.42 |
| 4/27/2020 | $38.02 | 616995 | $37.50 | $40.79 | $37.30 | 8730.16 | 8717.98 | 8754.57 | 8697.37 |
| 4/28/2020 | $38.26 | 330376 | $38.80 | $39.59 | $37.45 | 8607.73 | 8825.68 | 8830.57 | 8600.7 |
| 4/29/2020 | $41.44 | 379762 | $39.41 | $42 | $39.19 | 8914.71 | 8802.7 | 8957.26 | 8765.01 |
| 4/30/2020 | $39.93 | 217061 | $41.79 | $41.79 | $39.57 | 8889.55 | 8911.01 | 8926.11 | 8825.83 |
| 5/1/2020 | $35.68 | 491434 | $38.50 | $39.50 | $35.02 | 8604.95 | 8681.29 | 8754.46 | 8566.84 |
| 5/4/2020 | $35.79 | 274762 | $35.19 | $36.69 | $34.57 | 8710.71 | 8555.32 | 8715.82 | 8537.83 |
| 5/5/2020 | $37.68 | 286407 | $36.44 | $39.06 | $36.44 | 8809.12 | 8809.66 | 8909.96 | 8781.31 |
| 5/6/2020 | $39.30 | 465126 | $39.61 | $41.86 | $38.89 | 8854.39 | 8874.7 | 8933.25 | 8819.37 |
| 5/7/2020 | $44.19 | 723330 | $39.58 | $44.88 | $39.58 | 8979.66 | 8973.78 | 9015.99 | 8932.85 |
| 5/8/2020 | $46.66 | 707886 | $43.62 | $47.64 | $43.35 | 9121.32 | 9056.89 | 9125.98 | 9018.21 |
| 5/11/2020 | $53.84 | 844634 | $46.83 | $54.36 | $46.35 | 9192.34 | 9054.91 | 9241.92 | 9053.17 |
| 5/12/2020 | $56.05 | 1145784 | $55 | $58.78 | $51.67 | 9002.55 | 9225.14 | 9250.96 | 9000.06 |

ACM Research, Inc. (ACMR) and NASDAQ (NDX)
Historical Daily Prices from Nasdaq.com
for the Time Period of  January 2, 2020 - March 31, 2021

| Date | Close/Last | Volume | Open | High | Low | Close/Last | Open | High | Low |
|---|---|---|---|---|---|---|---|---|---|
| 5/13/2020 | $50.28 | 788702 | $56.30 | $56.81 | $47.77 | 8863.17 | 9006.05 | 9074.16 | 8752.68 |
| 5/14/2020 | $60.03 | 1281940 | $48.23 | $60.38 | $48.21 | 8943.72 | 8788.04 | 8945.71 | 8705.25 |
| 5/15/2020 | $58.71 | 583563 | $57 | $59.75 | $55.46 | 9014.56 | 8839.99 | 9018.4 | 8821.38 |
| 5/18/2020 | $63.61 | 572092 | $61.20 | $63.96 | $58.65 | 9234.83 | 9177.15 | 9267.22 | 9154.35 |
| 5/19/2020 | $65.69 | 695202 | $63.80 | $69.25 | $63.79 | 9185.1 | 9227.46 | 9317.25 | 9183.25 |
| 5/20/2020 | $55.08 | 1359933 | $65.71 | $67.53 | $53.46 | 9375.78 | 9305.62 | 9392.82 | 9304.2 |
| 5/21/2020 | $54.50 | 823658 | $57.95 | $61.38 | $53.14 | 9284.88 | 9375.19 | 9405.25 | 9254.85 |
| 5/22/2020 | $52.87 | 452174 | $55.23 | $56.67 | $50.96 | 9324.59 | 9278.55 | 9328.28 | 9239.41 |
| 5/26/2020 | $59.20 | 971329 | $56.98 | $62.87 | $56.79 | 9340.22 | 9501.21 | 9501.21 | 9333.16 |
| 5/27/2020 | $59.16 | 618330 | $60.01 | $60.64 | $53 | 9412.36 | 9346.12 | 9414.62 | 9144.28 |
| 5/28/2020 | $58.65 | 306062 | $58.90 | $62 | $57.64 | 9368.99 | 9392.99 | 9523.64 | 9345.28 |
| 5/29/2020 | $59.79 | 454887 | $59.30 | $60 | $56.25 | 9489.87 | 9382.35 | 9505.55 | 9324.73 |
| 6/1/2020 | $63.90 | 595779 | $60.01 | $66.97 | $60.01 | 9552.05 | 9471.42 | 9571.28 | 9462.32 |
| 6/2/2020 | $60.91 | 484445 | $63.94 | $64.37 | $59.50 | 9608.37 | 9566.53 | 9611.22 | 9472.08 |
| 6/3/2020 | $65.08 | 428853 | $61.30 | $65.87 | $61.30 | 9682.91 | 9651.86 | 9707.78 | 9627.18 |
| 6/4/2020 | $65.10 | 244041 | $65.09 | $65.32 | $62.73 | 9615.81 | 9649.65 | 9716.14 | 9560.41 |
| 6/5/2020 | $62.44 | 457188 | $64.88 | $67.40 | $61.57 | 9814.08 | 9703.54 | 9845.69 | 9685.35 |
| 6/8/2020 | $56.82 | 865812 | $61.99 | $62.10 | $55.56 | 9924.74 | 9823.44 | 9927.13 | 9780.61 |
| 6/9/2020 | $57.46 | 379253 | $56.26 | $59.73 | $55.66 | 9953.75 | 9867.19 | 10002.5 | 9863.27 |
| 6/10/2020 | $58.36 | 429851 | $58.37 | $59.05 | $55.80 | 10020.35 | 10012.32 | 10086.89 | 9962.58 |
| 6/11/2020 | $55.35 | 483313 | $56 | $58.19 | $54.62 | 9492.73 | 9791.24 | 9868.08 | 9491.3 |
| 6/12/2020 | $56.35 | 364665 | $56.62 | $58.75 | $53.83 | 9588.81 | 9715.87 | 9768.64 | 9413.62 |
| 6/15/2020 | $58.50 | 458676 | $53.84 | $59.19 | $53.21 | 9726.02 | 9426.9 | 9756.07 | 9403 |
| 6/16/2020 | $59.33 | 307529 | $59.73 | $60.49 | $57.67 | 9895.87 | 9949.78 | 9963.63 | 9748.38 |
| 6/17/2020 | $61.38 | 450888 | $59.33 | $64.40 | $59.02 | 9910.53 | 9943.31 | 9991.21 | 9891.81 |
| 6/18/2020 | $61.16 | 299826 | $61.19 | $64.38 | $59.79 | 9943.05 | 9892.48 | 9959.2 | 9885.66 |
| 6/19/2020 | $60.43 | 306900 | $62.28 | $64.31 | $59.93 | 9946.12 | 10042.13 | 10053.91 | 9872.94 |
| 6/22/2020 | $57.60 | 427444 | $59.10 | $59.53 | $57.19 | 10056.47 | 9945.49 | 10059.61 | 9916.6 |
| 6/23/2020 | $61.84 | 552252 | $59.35 | $64.98 | $59.35 | 10131.37 | 10130.83 | 10221.85 | 10112.44 |
| 6/24/2020 | $63.56 | 366581 | $61.60 | $63.90 | $60.02 | 9909.17 | 10092.92 | 10137.5 | 9842.22 |
| 6/25/2020 | $63.20 | 257255 | $63.55 | $63.87 | $61.18 | 10017 | 9899.36 | 10023.28 | 9810.47 |
| 6/26/2020 | $60.67 | 226872 | $63.40 | $63.50 | $59.61 | 9757.22 | 9995.12 | 10000.67 | 9749.07 |
| 6/29/2020 | $58 | 376544 | $61.23 | $61.23 | $56.23 | 9874.15 | 9771.72 | 9877.34 | 9663.61 |
| 6/30/2020 | $62.36 | 440683 | $58.51 | $62.88 | $57.22 | 10058.77 | 9875.29 | 10085.59 | 9863.67 |
| 7/1/2020 | $60.65 | 412884 | $62.76 | $66.49 | $59.21 | 10154.63 | 10063.67 | 10197.19 | 10048.04 |
| 7/2/2020 | $65.89 | 812951 | $63.97 | $68.21 | $63.47 | 10207.63 | 10268.67 | 10310.36 | 10194.06 |
| 7/6/2020 | $80.84 | 1473509 | $70.87 | $83.80 | $70.77 | 10433.65 | 10360.38 | 10462.05 | 10354.98 |
| 7/7/2020 | $73.56 | 763784 | $79.39 | $79.69 | $72.75 | 10343.89 | 10412.46 | 10518.98 | 10337.98 |
| 7/8/2020 | $82 | 526240 | $80.15 | $82.64 | $77.85 | 10492.5 | 10409.35 | 10494.63 | 10350.96 |
| 7/9/2020 | $86.10 | 643342 | $83.09 | $87.33 | $82.31 | 10547.75 | 10563.72 | 10578.1 | 10379.91 |
| 7/10/2020 | $81.63 | 844091 | $85.96 | $86.41 | $79.82 | 10617.44 | 10545.91 | 10622.35 | 10447.01 |
| 7/13/2020 | $83.52 | 801192 | $83.13 | $89.67 | $82.11 | 10390.84 | 10729.92 | 10824.78 | 10368.04 |
| 7/14/2020 | $90.76 | 789981 | $83.60 | $91.38 | $82.75 | 10488.58 | 10310.25 | 10497.83 | 10182.46 |
| 7/15/2020 | $83.89 | 1056981 | $89.17 | $89.23 | $80.38 | 10550.49 | 10576.72 | 10604.67 | 10420.54 |
| 7/16/2020 | $76.61 | 809289 | $75.21 | $79.31 | $74.31 | 10473.83 | 10443.87 | 10499.79 | 10364.39 |
| 7/17/2020 | $79.01 | 399289 | $79.05 | $79.94 | $77.26 | 10503.19 | 10500.52 | 10532.62 | 10421.21 |

3

ACM Research, Inc. (ACMR) and NASDAQ (NDX)
Historical Daily Prices from Nasdaq.com
for the Time Period of  January 2, 2020 - March 31, 2021

| Date | Close/Last | Volume | Open | High | Low | Close/Last | Open | High | Low |
|---|---|---|---|---|---|---|---|---|---|
| 7/20/2020 | $86.31 | 438486 | $79.13 | $87 | $79.05 | 10767.09 | 10526.02 | 10783.8 | 10488.04 |
| 7/21/2020 | $87.74 | 347398 | $87.19 | $89.45 | $84.11 | 10680.36 | 10837.88 | 10839.93 | 10650.46 |
| 7/22/2020 | $88.92 | 270383 | $87 | $90.07 | $85.90 | 10706.13 | 10687.58 | 10745.32 | 10627.45 |
| 7/23/2020 | $87.74 | 420834 | $89.22 | $93.49 | $86.82 | 10461.42 | 10689.5 | 10728.12 | 10407.87 |
| 7/24/2020 | $85.02 | 441799 | $85.13 | $86.21 | $78.61 | 10363.18 | 10294.41 | 10418.75 | 10217.31 |
| 7/27/2020 | $84.29 | 541370 | $87.30 | $91.10 | $83.26 | 10536.27 | 10421.7 | 10546.44 | 10399.86 |
| 7/28/2020 | $85.27 | 173775 | $84.21 | $87.89 | $83.74 | 10402.09 | 10509.2 | 10523.64 | 10397.87 |
| 7/29/2020 | $89.28 | 226080 | $84.82 | $89.67 | $83.70 | 10542.94 | 10474.7 | 10567.91 | 10464 |
| 7/30/2020 | $92.28 | 192538 | $88.93 | $92.80 | $86.56 | 10587.81 | 10450.12 | 10609.59 | 10412.09 |
| 7/31/2020 | $95.94 | 413368 | $93 | $96.59 | $91.76 | 10745.27 | 10741.47 | 10747.8 | 10557.7 |
| 8/3/2020 | $107.55 | 551646 | $98.79 | $108.57 | $98.50 | 10902.8 | 10848.64 | 10927.56 | 10831.15 |
| 8/4/2020 | $107.65 | 633818 | $107.27 | $110 | $105.60 | 10941.17 | 10916.9 | 10941.91 | 10852.9 |
| 8/5/2020 | $107.94 | 464463 | $109.05 | $112 | $103.19 | 10998.4 | 10967.87 | 11002.11 | 10943.72 |
| 8/6/2020 | $112.29 | 438044 | $104.80 | $113.87 | $103.65 | 11108.07 | 10989.98 | 11121.19 | 10963.41 |
| 8/7/2020 | $101.92 | 615846 | $109.99 | $110.56 | $99.79 | 11010.98 | 11072.53 | 11126.04 | 10920.37 |
| 8/10/2020 | $100.19 | 372507 | $103.15 | $105.77 | $96.06 | 10968.36 | 11033.72 | 11040.24 | 10849.46 |
| 8/11/2020 | $98.27 | 312603 | $97.58 | $101.89 | $97 | 10782.82 | 10942.66 | 10989.42 | 10762.71 |
| 8/12/2020 | $105.40 | 303567 | $98.87 | $105.91 | $96.50 | 11012.24 | 10878.12 | 11036.72 | 10877.16 |
| 8/13/2020 | $104.77 | 155880 | $106.10 | $107.99 | $103.04 | 11042.5 | 11026.86 | 11124.85 | 11007.5 |
| 8/14/2020 | $104.61 | 173141 | $105.26 | $106.97 | $103.12 | 11019.3 | 11042.24 | 11058.44 | 10972.06 |
| 8/17/2020 | $106.64 | 282744 | $106.43 | $107.94 | $103.38 | 11129.73 | 11083.24 | 11144.53 | 11080.3 |
| 8/18/2020 | $104.84 | 244803 | $106.90 | $107 | $102.50 | 11210.84 | 11170.75 | 11230.61 | 11103.83 |
| 8/19/2020 | $99.59 | 415670 | $104.07 | $104.07 | $98 | 11146.46 | 11214.8 | 11257.42 | 11132.1 |
| 8/20/2020 | $97.37 | 305935 | $99.40 | $99.40 | $95.43 | 11264.95 | 11096.4 | 11283.62 | 11090.03 |
| 8/21/2020 | $96.17 | 239792 | $96.43 | $96.91 | $94.99 | 11311.8 | 11258.44 | 11326.21 | 11245.44 |
| 8/24/2020 | $95.35 | 225442 | $98 | $98.97 | $93.85 | 11379.72 | 11449.25 | 11462.05 | 11297.53 |
| 8/25/2020 | $97.91 | 207893 | $95 | $97.96 | $94.66 | 11466.47 | 11370.23 | 11468.26 | 11343.04 |
| 8/26/2020 | $96.05 | 178874 | $97.91 | $98.86 | $94.83 | 11665.06 | 11516.62 | 11672.05 | 11507.46 |
| 8/27/2020 | $90.84 | 363654 | $96.06 | $96.07 | $90 | 11625.34 | 11688.19 | 11730.01 | 11551.01 |
| 8/28/2020 | $91.99 | 251381 | $90.69 | $92.40 | $90.01 | 11695.63 | 11689.28 | 11708.77 | 11634.77 |
| 8/31/2020 | $88.81 | 268639 | $92.12 | $93.28 | $87.50 | 11775.46 | 11718.81 | 11829.84 | 11697.41 |
| 9/1/2020 | $90.49 | 221916 | $89.31 | $90.66 | $87.70 | 11939.67 | 11850.96 | 11945.72 | 11794.78 |
| 9/2/2020 | $95.23 | 293802 | $92 | $95.88 | $89.35 | 12056.44 | 12047.26 | 12074.06 | 11836.18 |
| 9/3/2020 | $84.01 | 481011 | $93 | $93.75 | $81.80 | 11458.1 | 11861.9 | 11894.4 | 11361.36 |
| 9/4/2020 | $82.07 | 437891 | $82.01 | $83.69 | $76 | 11313.13 | 11396.24 | 11531.18 | 10875.87 |
| 9/8/2020 | $58.97 | 1664283 | $70.00 | $70.00 | $58.43 | 10847.69 | 10900.69 | 11131.5 | 10837.2 |
| 9/9/2020 | $60.08 | 907795 | $60.01 | $64.34 | $58.03 | 11141.56 | 11064.76 | 11217.69 | 10970.45 |
| 9/10/2020 | $60.66 | 556543 | $61.05 | $62.93 | $59.30 | 10919.59 | 11235.53 | 11299.53 | 10875.02 |
| 9/11/2020 | $66.36 | 994530 | $64.32 | $70.10 | $64.08 | 10853.55 | 11010.07 | 11033.04 | 10728.03 |
| 9/14/2020 | $70.76 | 511605 | $67.60 | $72.74 | $65.56 | 11056.65 | 11010.14 | 11118.29 | 10982.26 |
| 9/15/2020 | $71.37 | 273548 | $72.03 | $73.89 | $70.76 | 11190.32 | 11201.25 | 11244.46 | 11127.98 |
| 9/16/2020 | $71.12 | 235949 | $71.93 | $73.77 | $70.81 | 11050.47 | 11222.08 | 11245.42 | 11046.43 |
| 9/17/2020 | $70.35 | 454642 | $68.09 | $71.39 | $66.67 | 10910.28 | 10796.05 | 10974.45 | 10783.81 |
| 9/18/2020 | $72.84 | 375580 | $72.46 | $73.49 | $70.56 | 10793.28 | 10973.45 | 10977.68 | 10639.95 |
| 9/21/2020 | $72.18 | 287003 | $70.49 | $72.75 | $69.37 | 10778.8 | 10536.08 | 10782.74 | 10519.49 |
| 9/22/2020 | $69.88 | 209211 | $72.68 | $72.68 | $67.82 | 10963.64 | 10873.3 | 10979.65 | 10737.52 |

ACM Research, Inc. (ACMR) and NASDAQ (NDX)
Historical Daily Prices from Nasdaq.com
for the Time Period of  January 2, 2020 - March 31, 2021

| Date | Close/Last | Volume | Open | High | Low | Close/Last | Open | High | Low |
|---|---|---|---|---|---|---|---|---|---|
| 9/23/2020 | $67.85 | 291668 | $69.78 | $70.75 | $67.58 | 10632.99 | 10950.82 | 10962.03 | 10612.91 |
| 9/24/2020 | $68.99 | 262342 | $66.85 | $70.11 | $65.72 | 10672.27 | 10551.02 | 10799.55 | 10520.22 |
| 9/25/2020 | $69.86 | 168501 | $68.99 | $70.07 | $67.50 | 10913.56 | 10680.46 | 10939.55 | 10639.98 |
| 9/28/2020 | $68.32 | 266056 | $68.81 | $69.97 | $66.83 | 11117.52 | 11084.38 | 11120.79 | 11019.14 |
| 9/29/2020 | $69.94 | 183180 | $67.08 | $70.06 | $67.08 | 11085.25 | 11109 | 11153.23 | 11065.63 |
| 9/30/2020 | $69.10 | 234078 | $71.82 | $72.95 | $68.80 | 11167.51 | 11092.9 | 11277.96 | 11092.9 |
| 10/1/2020 | $75.38 | 372778 | $70.53 | $76.69 | $70 | 11326.51 | 11291.99 | 11344.13 | 11240.53 |
| 10/2/2020 | $73 | 296346 | $71.51 | $74.31 | $70.69 | 11075.02 | 11082.53 | 11244.87 | 11033.69 |
| 10/5/2020 | $75.92 | 325366 | $73.93 | $77.15 | $73.77 | 11332.49 | 11169.11 | 11335.21 | 11162.52 |
| 10/6/2020 | $70.22 | 465771 | $76 | $76.50 | $70.16 | 11154.6 | 11314.53 | 11392.41 | 11124.45 |
| 10/7/2020 | $71.88 | 354013 | $71.71 | $75.18 | $71.09 | 11364.6 | 11271.68 | 11380.56 | 11258.35 |
| 10/8/2020 | $70.79 | 548577 | $67.51 | $71.02 | $66.23 | 11420.98 | 11443.35 | 11448.23 | 11384.33 |
| 10/9/2020 | $75.45 | 345930 | $71.49 | $75.93 | $71.01 | 11579.94 | 11487.6 | 11581.23 | 11476.66 |
| 10/12/2020 | $77.79 | 630728 | $76.50 | $82.67 | $76.47 | 11876.26 | 11732.32 | 11965.54 | 11704.13 |
| 10/13/2020 | $77.98 | 238906 | $77.69 | $79.57 | $74.81 | 11863.9 | 11901.76 | 11946.98 | 11821.83 |
| 10/14/2020 | $74.13 | 371705 | $75.45 | $77 | $72.30 | 11768.73 | 11889.07 | 11939.92 | 11714.35 |
| 10/15/2020 | $75.44 | 258277 | $72.88 | $76.24 | $71.64 | 11713.87 | 11559.88 | 11740.68 | 11559.1 |
| 10/16/2020 | $75.60 | 176730 | $76.49 | $76.49 | $73 | 11671.56 | 11761.83 | 11827.42 | 11648.53 |
| 10/19/2020 | $72.13 | 208233 | $75.31 | $76.81 | $71.88 | 11478.88 | 11732.34 | 11778.11 | 11454.57 |
| 10/20/2020 | $73.32 | 149881 | $72.27 | $74.91 | $72.27 | 11516.49 | 11609.56 | 11632.89 | 11471.23 |
| 10/21/2020 | $69.79 | 138833 | $73.52 | $73.97 | $69.34 | 11484.69 | 11530.39 | 11613.79 | 11476.08 |
| 10/22/2020 | $66.94 | 339238 | $69.71 | $69.90 | $65.51 | 11506.01 | 11526.97 | 11548.77 | 11369.29 |
| 10/23/2020 | $67.97 | 126330 | $67.42 | $68.50 | $66.54 | 11548.28 | 11536 | 11548.85 | 11434.86 |
| 10/26/2020 | $68.61 | 139717 | $67.01 | $69.90 | $66.80 | 11358.94 | 11440.64 | 11545.63 | 11221.06 |
| 10/27/2020 | $69.29 | 200542 | $70.53 | $70.53 | $67.05 | 11431.35 | 11409.34 | 11465.06 | 11361.86 |
| 10/28/2020 | $72.82 | 321270 | $67.90 | $73.98 | $67.26 | 11004.87 | 11230.9 | 11249.95 | 10999.07 |
| 10/29/2020 | $75.49 | 218000 | $73.04 | $75.89 | $71.19 | 11185.59 | 11064.47 | 11287.63 | 11030.19 |
| 10/30/2020 | $70.37 | 348959 | $74.42 | $75.30 | $69.41 | 10911.59 | 11103.47 | 11129.81 | 10822.57 |
| 11/2/2020 | $75.12 | 203793 | $71.30 | $75.28 | $71 | 10957.61 | 11010.45 | 11071.08 | 10830.95 |
| 11/3/2020 | $79.96 | 328453 | $76.76 | $80.44 | $74.40 | 11160.57 | 11038.66 | 11213.92 | 11004.84 |
| 11/4/2020 | $91 | 559870 | $80.58 | $92 | $80.45 | 11590.78 | 11443.77 | 11663.31 | 11394.21 |
| 11/5/2020 | $94 | 545740 | $93.11 | $96.49 | $90.54 | 11890.93 | 11816.33 | 11924.28 | 11784.15 |
| 11/6/2020 | $91.36 | 384024 | $89.19 | $92.33 | $85.10 | 11895.23 | 11869.9 | 11920.54 | 11737.13 |
| 11/9/2020 | $91.70 | 357189 | $95.37 | $97.97 | $91.33 | 11713.78 | 12046.66 | 12108.07 | 11703.49 |
| 11/10/2020 | $83.51 | 285207 | $90.79 | $91.79 | $83.23 | 11553.86 | 11622.44 | 11665.87 | 11424.61 |
| 11/11/2020 | $90.48 | 194919 | $85.22 | $91.08 | $85.14 | 11786.43 | 11656.65 | 11793.57 | 11638.9 |
| 11/12/2020 | $86.70 | 186157 | $90 | $90.99 | $85.50 | 11709.59 | 11802.5 | 11847.84 | 11666.37 |
| 11/13/2020 | $84.40 | 217513 | $88.58 | $88.72 | $84.02 | 11829.29 | 11794.94 | 11849.79 | 11715.52 |
| 11/16/2020 | $81.82 | 201893 | $84.42 | $85.35 | $81.09 | 11924.13 | 11847.11 | 11937.72 | 11814.89 |
| 11/17/2020 | $77.79 | 347817 | $81.90 | $82.37 | $73.55 | 11899.34 | 11913.35 | 11950.18 | 11852.41 |
| 11/18/2020 | $74.76 | 302271 | $77.62 | $78.11 | $72.87 | 11801.6 | 11896.06 | 11942.49 | 11799.96 |
| 11/19/2020 | $75.95 | 231962 | $74.86 | $77.91 | $72.52 | 11904.71 | 11779.04 | 11912.63 | 11760.98 |
| 11/20/2020 | $75.23 | 187598 | $76.36 | $79.65 | $74.91 | 11854.97 | 11892.7 | 11935.47 | 11852.51 |
| 11/23/2020 | $74.61 | 113413 | $75.60 | $76.24 | $73.09 | 11881.17 | 11916.76 | 11949.33 | 11796.53 |
| 11/24/2020 | $73.76 | 123108 | $75.31 | $75.52 | $73.28 | 12037.33 | 11939.33 | 12049.88 | 11863.45 |
| 11/25/2020 | $77.05 | 251613 | $74 | $77.59 | $71.33 | 12094.4 | 12069.34 | 12114.77 | 12020.95 |

ACM Research, Inc. (ACMR) and NASDAQ (NDX)
Historical Daily Prices from Nasdaq.com
for the Time Period of  January 2, 2020 - March 31, 2021

| Date | Close/Last | Volume | Open | High | Low | Close/Last | Open | High | Low |
|---|---|---|---|---|---|---|---|---|---|
| 11/27/2020 | $83.72 | 279132 | $78.50 | $84.61 | $77.42 | 12205.85 | 12159.18 | 12236.23 | 12154.57 |
| 11/30/2020 | $82.62 | 232914 | $82.89 | $85.46 | $78.90 | 12198.74 | 12224.25 | 12244.65 | 12027.16 |
| 12/1/2020 | $83.87 | 194935 | $82.60 | $84.85 | $80.06 | 12355.11 | 12313.36 | 12405.79 | 12263.93 |
| 12/2/2020 | $81.54 | 157378 | $83.17 | $83.17 | $80.22 | 12349.37 | 12285.75 | 12360.06 | 12217.35 |
| 12/3/2020 | $81.10 | 194406 | $82.65 | $83.35 | $80.76 | 12377.18 | 12369.26 | 12439.02 | 12356.99 |
| 12/4/2020 | $77.73 | 322381 | $81.35 | $82.16 | $75.03 | 12464.23 | 12399.32 | 12464.23 | 12376.44 |
| 12/7/2020 | $84.13 | 268567 | $79 | $84.42 | $78.29 | 12519.95 | 12461 | 12536.23 | 12460.55 |
| 12/8/2020 | $81.37 | 210407 | $83.41 | $84 | $80.75 | 12582.77 | 12503.17 | 12594.54 | 12453.21 |
| 12/9/2020 | $73.73 | 229447 | $81 | $81.08 | $73.50 | 12338.95 | 12591.69 | 12607.14 | 12290.78 |
| 12/10/2020 | $73.20 | 219253 | $73.54 | $75.54 | $72.26 | 12405.81 | 12247.55 | 12431.56 | 12214.74 |
| 12/11/2020 | $71.98 | 148547 | $73.32 | $74.51 | $70.82 | 12377.87 | 12336.79 | 12383.5 | 12246.77 |
| 12/14/2020 | $73.76 | 175573 | $71.90 | $75.09 | $71.90 | 12440.04 | 12447.44 | 12543 | 12432.71 |
| 12/15/2020 | $75.13 | 211530 | $75.45 | $76.48 | $73.72 | 12595.06 | 12543.26 | 12596.13 | 12465.42 |
| 12/16/2020 | $74.50 | 127994 | $75.47 | $75.86 | $71.70 | 12658.19 | 12611.04 | 12687.32 | 12566.38 |
| 12/17/2020 | $74.37 | 128806 | $73.10 | $75.18 | $72.51 | 12764.75 | 12730.78 | 12765.25 | 12696.35 |
| 12/18/2020 | $74.47 | 413152 | $74.12 | $76.13 | $73.94 | 12755.64 | 12804.93 | 12809.6 | 12654.6 |
| 12/21/2020 | $74.99 | 280994 | $74.44 | $75.50 | $72.50 | 12742.52 | 12596.14 | 12751.27 | 12525.22 |
| 12/22/2020 | $73.08 | 129817 | $75 | $77.20 | $72.81 | 12807.92 | 12785.22 | 12840.57 | 12695.31 |
| 12/23/2020 | $69.93 | 455528 | $73.90 | $74.17 | $67.28 | 12771.11 | 12834.94 | 12841.92 | 12758.67 |
| 12/24/2020 | $69.67 | 120983 | $70.30 | $70.39 | $67.50 | 12804.73 | 12791.54 | 12833.55 | 12767.64 |
| 12/28/2020 | $68.53 | 253515 | $70.99 | $70.99 | $66.46 | 12899.42 | 12914.64 | 12930.89 | 12827.45 |
| 12/29/2020 | $67.17 | 177756 | $68.65 | $69.99 | $66.73 | 12850.22 | 12965.39 | 12973.33 | 12821.96 |
| 12/30/2020 | $80.80 | 958089 | $69.45 | $83.78 | $68.91 | 12870 | 12906.51 | 12924.93 | 12857.76 |
| 12/31/2020 | $81.25 | 286888 | $82.50 | $83.75 | $77.83 | 12888.28 | 12877.09 | 12902.07 | 12821.23 |
| 1/4/2021 | $89.53 | 593809 | $81.65 | $93.45 | $81.59 | 12698.45 | 12958.52 | 12958.72 | 12543.24 |
| 1/5/2021 | $89.98 | 317001 | $89.74 | $94.13 | $86.93 | 12818.96 | 12665.65 | 12828.27 | 12665.65 |
| 1/6/2021 | $100.22 | 853939 | $92.35 | $100.69 | $88.46 | 12740.79 | 12666.15 | 12909.63 | 12649.99 |
| 1/7/2021 | $100.25 | 710098 | $100.52 | $101 | $95.81 | 13067.48 | 12867.34 | 13090.91 | 12867.34 |
| 1/8/2021 | $103.76 | 489521 | $102.07 | $104.10 | $100.01 | 13201.98 | 13160.22 | 13208.09 | 13036.55 |
| 1/11/2021 | $102.83 | 200001 | $102.05 | $104.26 | $100.96 | 13036.43 | 13048.78 | 13138.27 | 12999.51 |
| 1/12/2021 | $99.99 | 193155 | $102 | $102.43 | $98.47 | 13072.43 | 13062.06 | 13105.04 | 12963.92 |
| 1/13/2021 | $96.87 | 162670 | $100.26 | $101.13 | $94.28 | 13128.95 | 13088.01 | 13171.15 | 13051.06 |
| 1/14/2021 | $101.72 | 257029 | $97 | $102.82 | $96.99 | 13112.64 | 13174.75 | 13220.16 | 13098.41 |
| 1/15/2021 | $94.60 | 354050 | $101.23 | $101.23 | $94.09 | 12998.5 | 13099.9 | 13139.83 | 12949.76 |
| 1/19/2021 | $104.72 | 774222 | $96.93 | $105 | $96.86 | 13197.18 | 13132.73 | 13206.86 | 13078.7 |
| 1/20/2021 | $104.51 | 277626 | $105.25 | $107.29 | $101.52 | 13457.25 | 13342.55 | 13486.13 | 13329.77 |
| 1/21/2021 | $99.26 | 355988 | $105 | $105.51 | $93.64 | 13530.91 | 13521.48 | 13560.35 | 13454.07 |
| 1/22/2021 | $97.60 | 144771 | $99.11 | $102.89 | $97.34 | 13543.06 | 13474.81 | 13567.14 | 13463.66 |
| 1/25/2021 | $100.46 | 239219 | $102.75 | $105.91 | $99.52 | 13635.99 | 13681.21 | 13728.98 | 13368.68 |
| 1/26/2021 | $94.05 | 212294 | $100.74 | $100.74 | $92.66 | 13626.06 | 13681.72 | 13702.69 | 13603.19 |
| 1/27/2021 | $91.21 | 319561 | $90.62 | $96.23 | $86.98 | 13270.6 | 13486.58 | 13538.42 | 13192.91 |
| 1/28/2021 | $91.73 | 165322 | $91 | $93.01 | $87.59 | 13337.16 | 13323.29 | 13507.64 | 13316.52 |
| 1/29/2021 | $90 | 211910 | $91.65 | $91.65 | $86.57 | 13070.69 | 13284.72 | 13322 | 12985.05 |
| 2/1/2021 | $95.80 | 263343 | $91.75 | $96.72 | $91.75 | 13403.39 | 13226.18 | 13431.46 | 13132.47 |
| 2/2/2021 | $98.82 | 265669 | $97.42 | $99.76 | $95.97 | 13612.78 | 13543.1 | 13652.69 | 13535.86 |
| 2/3/2021 | $98.70 | 117231 | $99.60 | $100.69 | $95.84 | 13610.54 | 13718.31 | 13723.83 | 13585.34 |

ACM Research, Inc. (ACMR) and NASDAQ (NDX)
Historical Daily Prices from Nasdaq.com
for the Time Period of  January 2, 2020 - March 31, 2021

| Date | Close/Last | Volume | Open | High | Low | Close/Last | Open | High | Low |
|---|---|---|---|---|---|---|---|---|---|
| 2/4/2021 | $99.02 | 203221 | $99.29 | $101.82 | $97.10 | 13777.74 | 13674.06 | 13778.42 | 13631.62 |
| 2/5/2021 | $98.23 | 219978 | $98.90 | $100.80 | $96.37 | 13856.3 | 13824.88 | 13878.16 | 13761.66 |
| 2/8/2021 | $106.25 | 454629 | $98.73 | $107.38 | $98.73 | 13987.64 | 13937.06 | 13987.74 | 13894.15 |
| 2/9/2021 | $108.20 | 397491 | $105.34 | $110 | $103.01 | 14007.7 | 13966.81 | 14044.95 | 13966.55 |
| 2/10/2021 | $109.21 | 329246 | $108.47 | $111.94 | $104.53 | 13972.53 | 14093.35 | 14109.12 | 13845.47 |
| 2/11/2021 | $119.44 | 424263 | $111.80 | $119.83 | $111.59 | 14025.77 | 14045.21 | 14058.91 | 13916.85 |
| 2/12/2021 | $135.23 | 935019 | $119.23 | $140.30 | $118.30 | 14095.47 | 13979.21 | 14102.04 | 13937.71 |
| 2/16/2021 | $139.98 | 383340 | $140 | $144.81 | $137 | 14047.5 | 14152.21 | 14175.11 | 13995.45 |
| 2/17/2021 | $136.47 | 321959 | $135.94 | $138.88 | $128.93 | 13965.49 | 13911.65 | 13976.43 | 13804.26 |
| 2/18/2021 | $119.03 | 501066 | $131.65 | $131.79 | $118.18 | 13865.36 | 13814.67 | 13905.96 | 13714.35 |
| 2/19/2021 | $123.56 | 244587 | $124.97 | $129.28 | $121.31 | 13874.46 | 13929.2 | 13985.58 | 13842.6 |
| 2/22/2021 | $111.98 | 283005 | $120.23 | $122.28 | $111.19 | 13533.05 | 13714.2 | 13757.06 | 13530.96 |
| 2/23/2021 | $107.52 | 370882 | $108.06 | $112.75 | $100.13 | 13465.2 | 13262.61 | 13526.09 | 13003.98 |
| 2/24/2021 | $128.21 | 451221 | $112.49 | $129.35 | $107.42 | 13597.97 | 13400.25 | 13607.36 | 13286.59 |
| 2/25/2021 | $109.25 | 401960 | $125.20 | $125.27 | $107.12 | 13119.43 | 13512.64 | 13602.86 | 13066.38 |
| 2/26/2021 | $97.16 | 420175 | $112.71 | $114.71 | $96.93 | 13192.35 | 13192.35 | 13368.06 | 13024.53 |
| 3/1/2021 | $107.69 | 406834 | $104.71 | $108.58 | $100.80 | 13588.83 | 13406.16 | 13596.59 | 13362.66 |
| 3/2/2021 | $94.82 | 748577 | $102.74 | $103.50 | $94.12 | 13358.79 | 13599.45 | 13601.33 | 13352 |
| 3/3/2021 | $92.63 | 313158 | $94.79 | $96.32 | $91.19 | 12997.75 | 13336.25 | 13372.52 | 12995.07 |
| 3/4/2021 | $86.70 | 531231 | $91.66 | $92.67 | $82.50 | 12723.47 | 12953.99 | 13068.71 | 12553.96 |
| 3/5/2021 | $88.10 | 357663 | $89.17 | $91.50 | $80.10 | 12920.15 | 12860.04 | 12941.21 | 12397.05 |
| 3/8/2021 | $81.22 | 447657 | $85.61 | $89.88 | $80.23 | 12609.16 | 12904.26 | 13001 | 12599.23 |
| 3/9/2021 | $90.34 | 336598 | $86.86 | $93.25 | $86.80 | 13073.82 | 12923.07 | 13151.54 | 12882.49 |
| 3/10/2021 | $87.29 | 309542 | $92.73 | $95.09 | $86.15 | 13068.83 | 13234.73 | 13277.11 | 13035.44 |
| 3/11/2021 | $97.05 | 443330 | $94.31 | $99.77 | $94.06 | 13398.67 | 13273.31 | 13433.62 | 13246.33 |
| 3/12/2021 | $91.62 | 325350 | $92.30 | $92.68 | $86 | 13319.86 | 13222.81 | 13324.69 | 13158.72 |
| 3/15/2021 | $94.21 | 152972 | $91.86 | $95.55 | $90.22 | 13459.71 | 13323.47 | 13460.35 | 13272.5 |
| 3/16/2021 | $93.16 | 151767 | $95.09 | $97.87 | $92.31 | 13471.57 | 13523.17 | 13620.71 | 13397.08 |
| 3/17/2021 | $95.52 | 202543 | $91.21 | $96.92 | $88.04 | 13525.2 | 13336.91 | 13595 | 13272.69 |
| 3/18/2021 | $89.54 | 350289 | $94.10 | $95 | $89.31 | 13116.17 | 13349.2 | 13384.46 | 13101.92 |
| 3/19/2021 | $90.73 | 391629 | $94.74 | $94.74 | $86.46 | 13215.24 | 13119.9 | 13252.37 | 13039.45 |
| 3/22/2021 | $93.49 | 199069 | $92.96 | $95.98 | $91.26 | 13377.54 | 13278.78 | 13455.64 | 13278.78 |
| 3/23/2021 | $90.50 | 284112 | $92.77 | $95.48 | $89.50 | 13227.7 | 13381.43 | 13405.14 | 13202.43 |
| 3/24/2021 | $83.70 | 325509 | $91.57 | $93.90 | $83 | 12961.89 | 13289.24 | 13292.92 | 12961.35 |
| 3/25/2021 | $84 | 348494 | $82.01 | $84.34 | $78.14 | 12977.68 | 12844.58 | 13021.86 | 12786.81 |
| 3/26/2021 | $83.36 | 230639 | $84.14 | $86.01 | $79.20 | 13138.72 | 12996.03 | 13149.55 | 12878.72 |
| 3/29/2021 | $78.31 | 491241 | $78.65 | $82 | $75 | 13059.65 | 13103.97 | 13143.41 | 12968.16 |
| 3/30/2021 | $79.11 | 189572 | $78.67 | $79.79 | $76.35 | 13045.39 | 13008.8 | 13075.75 | 12922.57 |
| 3/31/2021 | $80.79 | 287404 | $81.36 | $83.57 | $80.40 | 13246.87 | 13122.57 | 13325.54 | 13118.38 |