BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
DREW LIMING, State Bar No. 305156
drew.liming@freshfields.com
M. ABIGAIL WEST, State Bar No. 324456
abigail.west@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
2710 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 618-9250

*Attorneys for Defendants ACM Research, Inc.,*
*David Hui Wang, Lisa Feng, and Mark A. McKechnie*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY KAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACM RESEARCH, INC., DAVID HUI WANG, LISA FENG, and MARK A. MCKECHNIE,<br><br>Defendants. | Case No.: 3:20-CV-09241-VC<br><br>**DECLARATION OF DREW LIMING IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:      December 2, 2021<br>Time:      10:00 a.m.<br>Location:  Courtroom 4 - 17th Floor<br>Judge:     Hon. Vince Chhabria |

LIMING DECL ISO MTD
CASE NO. 3:20-CV-09241-VC

I, Drew Liming, declare as follows:

1.    I am duly admitted to practice in the State of California and an attorney with the law firm of Freshfields Bruckhaus Deringer US LLP.  I am counsel of record for Defendants ACM Research, Inc. ("ACMR" or the "Company"), David Hui Wang, Lisa Feng, and Mark A. McKechnie in the above-captioned matter.  I have personal knowledge of the matters stated herein.  If called as a witness I could and would competently testify to the matters stated herein.  This declaration is submitted in support of Defendants' Notice of Motion and Motion to Dismiss Plaintiff's Second Amended Complaint.

2.    Attached hereto as Exhibit N is a true and correct redline that compares Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF 53) to Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (ECF 67).

3.    Attached hereto as Exhibit O is a true and correct redline that compares Plaintiff's Response to Defendants' Request for Consideration of Documents in Support of Motion to Dismiss Plaintiff's Amended Complaint (ECF 54) to Plaintiff's Response to Defendants' Request for Consideration of Documents in Support of Motion to Dismiss Plaintiff's Second Amended Complaint (ECF 68).

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed in the State of California on November 12, 2021.


        */s/ Drew Liming*
        Drew Liming

LIMING DECL ISO MTD                            1
CASE NO. 3:20-CV-09241-VC