**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Plaintiff*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                                          Plaintiff,<br><br>                        v.<br><br>ACM RESEARCH, INC., DAVID HUI WANG, LISA FENG, and MARK A. MCKECHNIE,<br><br>                                          Defendants. | Case No: 3:20-cv-09241-VC<br><br>**CLASS ACTION**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER** |

STIP. OF VOLUNTARY DISMISSAL & [PROPOSED] ORDER    Case No. 3:20-cv-09241-VC

Pursuant to Civil Local Rule 7-12, Lead Plaintiff Jeffrey Kain ("Kain" or "Lead Plaintiff") and Defendants ACM Research, Inc., David Hui Wang, Lisa Feng, and Mark A. McKechnie ("Defendants", together with Plaintiffs, the "Parties"), by and through their counsel, stipulate as follows:

WHEREAS, in its Order Granting Motion to Dismiss dated December 20, 2021 (ECF No. 46), the Court dismissed Lead Plaintiff's Second Amended Complaint but granted Lead Plaintiff leave to amend within twenty-one (21) days;

WHEREAS, Lead Plaintiff has determined not to further amend; and

WHEREAS, no class has been certified, and no Defendant has answered or moved for summary judgment;

THE PARTIES AGREE AND STIPULATE that this Action should be dismissed with prejudice, with each party to bear its own costs. The Parties respectfully attach a Proposed Order directing the clerk to close the case.

Dated: January 10, 2022            POMERANTZ LLP


                                   By:  /s/ *Louis C. Ludwig*
                                        Louis C. Ludwig

                                   Jeremy A. Lieberman
                                   J. Alexander Hood II
                                   600 Third Avenue New York,
                                   New York 10016
                                   Telephone: (212) 661-1100
                                   Facsimile: (212) 661-8665
                                   jalieberman@pomlaw.com
                                   ahood@pomlaw.com

                                   Patrick V. Dahlstrom
                                   Louis C. Ludwig
                                   10 South La Salle Street, Suite 3505
                                   Chicago, Illinois 60603
                                   Telephone: (312) 377-1181
                                   Facsimile: (312) 377-1184
                                   pdahlstrom@pomlaw.com
                                   lcludwig@pomlaw.com

Jennifer Pafiti
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorneys for Lead Plaintiff*

Dated: January 10, 2022            FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: /s/ *Boris Feldman*
        Boris Feldman

Boris Feldman, State Bar No. 128838
boris.feldman@freshfields.com
Doru Gavril, State Bar No. 282309
doru.gavril@freshfields.com
Drew Liming, State Bar No. 305156
Drew.liming@freshfields.com
2710 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 618-9250
*Attorneys for Defendants ACM Research, Inc., David Hui Wang, Lisa Feng, and Mark A. McKechnie*

STIP. OF VOLUNTARY DISMISSAL & [PROPOSED] ORDER     Case No. 3:20-cv-09241-VC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Clerk shall close the case.**

DATED:

                                    _____
                                    Hon. Vince Chhabria
                                    United States District Judge